IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| D & D LANDHOLDINGS, A LIMITED PARTNERSHIP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-877 L |
| | ) | Judge Thomas C. Wheeler |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Susan V. Cook as attorney for the United States. Service of all papers by U.S. Mail, whether regular mail or Express (U.S.) Mail, should be addressed:

Susan V. Cook
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
(Telephone: 202-305-0470 FAX 202-305-0506)
Email: susan.cook@usdoj.gov

Express deliveries by private companies should be addressed:

Susan V. Cook
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
601 D St., N. W., Rm. 3112
Washington, D.C. 20004
(Tele 202-305-0470)

Dated: January 19, 2007.

Respectfully submitted,

____________________________
SUSAN V. COOK

371491.1