IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-877 L<br>Hon. Margaret M. Sweeney |

PLAINTIFF'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff, D&D Landholdings, respectfully requests this Court to enlarge the deadline for the parties' Joint Preliminary Status Report ("JPSR") by one day, to and including April 10, 2007. The JPSR currently is due April 9, 2007. This is Plaintiffs' first request for this purpose. Counsel for Plaintiff has conferred with counsel for Defendant and is authorized to state that Defendant does not oppose this motion.

This motion is necessary because of unanticipated delays experienced by the parties in completing their discussions regarding certain aspects of the JPSR. As a result, the parties have not been

able to complete and file the JPSR by the current deadline. The requested extension should allow the parties sufficient time to complete their discussions and file the JPSR.

Accordingly, Plaintiff respectfully requests the Court to grant this unopposed motion for an enlargement of the deadline for the parties' JPSR, to and including April 10, 2007.

Respectfully submitted,

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
202-822-6760
202-822-6774 (fax)

Dated: April 9, 2007