# In the United States Court of Federal Claims

No. 06-877L
(Filed: April 10, 2007)

************************************
D & D LANDHOLDINGS, *
a limited partnership, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

Pursuant to the Rules of the United States Court of Federal Claims, the parties were required to file their Joint Preliminary Status Report ("JPSR") on April 9, 2007. Instead, on April 9, 2007, plaintiff filed an unopposed motion for enlargement of time to file the JPSR. Plaintiff represents that an enlargement of one day is necessary to allow the parties to complete their discussions regarding the JPSR. Further, plaintiff's counsel represents that defendant does not oppose this motion. Therefore, the court **GRANTS plaintiff's unopposed motion for enlargement of time**. **The parties shall file their JPSR no later than Tuesday, April 10, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge