# In the United States Court of Federal Claims

No. 06-877L
(Filed: April 11, 2007)

```
***********************************
D & D LANDHOLDINGS,               *
a limited partnership,            *
                                  *
               Plaintiff,         *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant.         *
***********************************
```

## ORDER

The parties filed the Joint Preliminary Status Report on April 10, 2007. **By no later than Wednesday, April 18, 2007**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference (RCFC 16(b) and Appendix A ¶ 7) to discuss further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge