# In the United States Court of Federal Claims

No. 06-877L
(Filed: April 12, 2007)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

The parties filed their Joint Preliminary Status Report on April 10, 2007. **A status conference will be held on Monday, April 30, 2007, at 11:00 a.m.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, one business day before the conference with the phone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge