# In the United States Court of Federal Claims

No. 06-877L
(Filed: May 3, 2007)

************************************
D & D LANDHOLDINGS, *
a limited partnership, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The court held a status conference in the case on May 3, 2007. At the status conference, the parties agreed to the following:

1. **Discovery will be completed no later than Friday, June 29, 2007.**

2. **The parties shall file a joint status report no later than Wednesday, July 11, 2007, setting forth a briefing schedule for cross-motions for summary judgment.**

The court also discussed defendant's Motion to Transfer and Suggestion of Consolidation. Defendant's motion seeks to transfer and consolidate the case sub judice and International Industrial Park, Inc., 06-876, with Otay Mesa Property, L.P., 06-167. Defendant asserted that the underlying operative facts and legal issues in all of the above cases are the same; thus, the cases should be transferred and consolidated. Plaintiff, however, responded that the cases are in different procedural stages, and the factual and legal differences are significant so as to require separate evidence and trials.

**Because the court shares plaintiff's view, the court DENIES defendant's Motion to Transfer and Suggestion of Consolidation.** The parties may revisit transfer and/or consolidation once the parties have completed discovery.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge