# In the United States Court of Federal Claims

No. 06-877L
(Filed: June 14, 2007)

```
**********************************
D & D LANDHOLDINGS,             *
a limited partnership,          *
                                *
              Plaintiff,        *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
              Defendant.        *
**********************************
```

**ORDER**

On June 13, 2007, plaintiff filed an unopposed motion to amend the complaint. Plaintiff seeks to file an amended complaint to remove one of the land parcels that forms the basis for relief sought in plaintiff's complaint. Further, plaintiff represents that defendant does not oppose the relief sought in plaintiff's motion to amend. **Accordingly, the court GRANTS plaintiff's motion to amend the complaint.**

In addition to the motion, plaintiff filed its amended complaint. The court reminds the parties that when the parties seek leave by motion to file a document via the court's Case Management/Electronic Case Filing System (CM/ECF), the parties shall file only the motion. The parties shall wait until the court issues a ruling on the motion and directs the parties to file any documents.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge