**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **D&D LANDHOLDINGS,** Plaintiff, | **No. 06-877 L** |
| v. | |
| **UNITED STATES,** Defendant. | **Hon. Margaret M. Sweeney** |

**MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINE FOR LIMITED PURPOSES**

Defendant UNITED STATES hereby moves for an enlargement of the current discovery deadline for the limited purposes set forth below. At present, discovery is to be completed by June 29, 2007, pursuant to the Court's order of May 3, 2007.

Plaintiff has agreed to allow Defendant additional time in which to complete its responses to Plaintiff's written discovery requests, which shall be completed by Friday, July 6, 2007.

Plaintiff has also agreed that the parties need additional time in which to complete the recently-noticed RCFC 30(b)(6) depositions which will require travel to San Diego, and which shall be completed by July 20, 2007.

Plaintiff has also agreed that Defendant's deposition of the person most knowledgeable concerning the property which is the subject of the complaint herein, which will also involve travel to San Diego, may be completed in conjunction with the RCFC 30(b)(6) depositions

referenced above, and shall be completed by July 20, 2007.

Accordingly, Defendant hereby respectfully moves to enlarge the current discovery deadline of June 29, 2007, for the limited purposes, and to the extent, detailed above.

Defendant has contacted Plaintiff who has no objection to the granting of this motion.

Dated: June 29, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorney for Defendant

400505.1