# In the United States Court of Federal Claims

No. 06-877L
(Filed: July 5, 2007)

************************************
D & D LANDHOLDINGS, *
a limited partnership, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On June 29, 2007, defendant filed its Motion for Enlargement of Discovery. In its motion, defendant represents that plaintiff agrees to the enlargement of time to complete discovery as proposed, and adopted by the court:

1. Defendant shall complete its responses to plaintiff's written discovery requests by Friday, July 6, 2007; and

2. The parties shall complete depositions no later than Friday, July 20, 2007.

**Accordingly, the court GRANTS defendant's Motion for Enlargement of Discovery.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge