**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **D&D LANDHOLDINGS,** | **No. 06-877 L** |
| **Plaintiff,** | |
| **v.** | **Hon. Margaret M. Sweeney** |
| **UNITED STATES,** | |
| **Defendant.** | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF DEADLINE IN WHICH TO FILE JOINT STATUS REPORT**

Defendant UNITED STATES hereby moves for an enlargement of the deadline for the filing of a joint status report of twenty (20) days, or to and including July 31, 2007.

At present, the joint status report is due July 11, 2007, pursuant to the Court's order of May 3, 2007. This motion is unopposed.

Recently Defendant moved, with Plaintiff's consent, to enlarge the discovery deadline (Document 18), which motion was granted (Document 19). However, at that time Defendant neglected to also request an enlargement of the time within which to file the joint status report required by this Court's order of May 3, 2007 (Document 14).

Since the purpose of the joint status report was to report on the status of matters after the close of discovery and propose summary judgment briefing dates, both parties believe that the joint status report deadline should also be extended. Accordingly, Defendant hereby moves for an enlargement of time of the deadline for the filing of the joint status report of 20 days, or to

and including July 31, 2007. Plaintiff has no objection to the granting of this motion.

Dated: July 11, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorney for Defendant

401638.1