# In the United States Court of Federal Claims

No. 06-877L
(Filed: July 18, 2007)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

**ORDER**

On July 11, 2007, defendant filed its Unopposed Motion for Enlargement of Deadline in Which to File Joint Status Report. Pursuant to the court's May 3, 2007 Order, the parties' joint status report was due July 11, 2007. In its motion for enlargement, defendant represents that plaintiff agrees to the enlargement of time, and defendant requests until July 31, 2007, to file the joint status report.

**The court GRANTS defendant's Unopposed Motion for Enlargement of Deadline in Which to File Joint Status Report. The parties shall file their joint status report no later than Tuesday, July 31, 2007. In their joint status report, the parties shall set forth a briefing schedule for cross-motions for summary judgment.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge