**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **D&D LANDHOLDINGS,** | ) | |
| | ) | **No. 06-877 L** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Hon. Margaret M. Sweeney** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR ENLARGEMENT
OF TIME IN WHICH TO FILE JOINT STATUS REPORT**

Plaintiff D&D LANDHOLDINGS and Defendant UNITED STATES hereby move for an enlargement of time for the filing of a joint status report of three (3) days, or to and including August 3, 2007.

At present, the joint status report is due July 31, 2007, pursuant to the Court's order of July 18, 2007. (Docket #21)

Because the schedules of counsel for Plaintiff and Defendant have made it difficult to complete their discussions and the drafting of the Joint Status Report, they respectfully request additional time in which to complete that task.

Accordingly, Plaintiff and Defendant hereby move for an enlargement of time of three (3) days, or to and including August 3, 2007, for the filing of the Joint Status Report.

Counsel for Defendant has conferred with counsel for Plaintiff, who has authorized counsel for Defendant to file this document on behalf of both parties.

Dated: July 31, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorney for Defendant

404061.1