# In the United States Court of Federal Claims

No. 06-877L
(Filed: August 1, 2007)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On July 31, 2007, the parties filed their Joint Motion for Enlargement of Time in Which to File a Joint Status Report. The current deadline for the joint status report is July 31, 2007. In the motion, the parties request an extension of three days, until August 3, 2007, to file their joint status report. The parties represent that the additional time is needed to complete discussions.

**Accordingly, the court GRANTS the Joint Motion for Enlargement of Time in Which to File a Joint Status Report. The parties shall file their joint status report no later than Friday, August 3, 2007. In their joint status report, the parties shall set forth a briefing schedule for cross-motions for summary judgment.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge