**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **D&D LANDHOLDINGS,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** | **No. 06-877 L** <br> **Hon. Margaret M. Sweeney** |

**JOINT STATUS REPORT**

Plaintiff D&D LANDHOLDINGS and Defendant UNITED STATES hereby report on the status of this matter as follows.

The parties of completed discovery in this matter, including written discovery responses and necessary depositions.

The parties would not propose to move forward with summary judgment briefing, and respectfully propose the following schedule:

| | |
|---|---|
| September 14, 2007 | Defendant's Motion for Summary Judgment Due |
| October 19, 2007 | Plaintiff's Opposition to Defendant's Motion and Cross Motion if desired |
| November 16, 2007 | Defendant's Reply on its Motion and Opposition to Plaintiff's Motion (if one was filed) |
| December 14, 2007 | Plaintiff's Reply (if motion was filed) |

Counsel for Defendant has conferred with counsel for Plaintiff, who has authorized counsel for Defendant to file this document on behalf of both parties.

Dated: August 3, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorney for Defendant

404521.1