# In the United States Court of Federal Claims

No. 06-877L
(Filed: August 13, 2007)

```
*********************************** 
D & D LANDHOLDINGS,                *
a limited partnership,             *
                                   *
               Plaintiff,          *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
               Defendant.          *
***********************************
```

## ORDER

On August 8, 2007, the parties filed their Corrected Joint Status Report. In the report, the parties represent that they have completed discovery, and would like to proceed with summary judgment briefing. The court adopts the parties' proposed briefing schedule, as follows:

1. Defendant shall file a motion for summary judgment no later than **Friday, September 14, 2007.**

2. Plaintiff shall file an opposition to defendant's motion, and a cross-motion if plaintiff deems it necessary, no later than **Friday, October 19, 2007.**

3. Defendant shall file a reply to its motion, and opposition to plaintiff's cross-motion, if one was filed, no later than **Friday, November 16, 2007.**

4. Plaintiff shall file a reply to its cross-motion, if one was filed, no later than **Friday, December 14, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge