**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **D&D LANDHOLDINGS,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** | **No. 06-877 L** <br> **Hon. Margaret M. Sweeney** |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant UNITED STATES hereby moves for an enlargement of the current summary judgment briefing schedule. At present, Defendant's Motion for Summary Judgment is due September 14, 2007, pursuant to the Court's order of August 13, 2007.

Additional time is necessary for the United States to complete its motion for summary judgment. Counsel for the United States has been unexpectedly required to work a reduced schedule as a result of responsibilities as a primary care-giver for an immediate family member. In addition, more recently, counsel for the United States experienced the death of another family member. Because undersigned counsel held the power of attorney for the decedent, and is now the executor of the decedent's will, counsel has had to, and will have to, take time away from work to fulfil these duties. In addition, counsel for Defendant will need to accompany the immediate family member for which she is care-giver out of town on September 26 - October 2, 2007, for the purposes of allowing that immediate family member to attend a major family

wedding.

Accordingly, Defendant hereby respectfully moves to enlarge the time for filing of its motion for summary judgment to and including October 19, 2007, with the due dates of subsequent filings to be determined according to the Rules of the Court.

Counsel for Defendant has conferred with counsel for Plaintiff who has advised that Plaintiff does not consent to an extension of Defendant's summary judgment deadline beyond September 28, 2007.

Defendant has contacted Plaintiff who has no objection to the granting of this motion.

Dated: September 13, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook

SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorney for Defendant

412512.1