# In the United States Court of Federal Claims

No. 06-877L
(Filed: September 14, 2007)

************************************
D & D LANDHOLDINGS, *
a limited partnership, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On September 13, 2007, defendant filed its Motion for Enlargement of Summary Judgment Briefing Schedule ("motion"). In the motion, defendant's counsel represents that an additional 90 days, until and including October 19, 2007, is necessary to file its motion for summary judgment because of personal circumstances that require her immediate attention. Defendant also represents that plaintiff does not consent to defendant's motion beyond a deadline of September 28, 2007.[1]

**Accordingly, because defendant's request for an enlargement is reasonable, the court GRANTS defendant's Motion for Enlargement of Summary Judgment Briefing Schedule.** The amended briefing schedule is, as follows:

1. Defendant shall file a motion for summary judgment no later than **Friday, October 19, 2007.**

2. Plaintiff shall file an opposition to defendant's motion, and a cross-motion if plaintiff deems it necessary, no later than **Friday, November 16, 2007.**

3. Defendant shall file a reply to its motion, and opposition to plaintiff's cross-motion, if one was filed, no later than **Friday, December 14, 2007.**

---

[1] The last paragraph of defendant's motion states, "Defendant has contacted Plaintiff who has no objection to the granting of this motion." This representation contradicts the preceding paragraph which advises that the motion is opposed; however, the court assumes the final paragraph was inadvertently included in defendant's motion.

4. Plaintiff shall file a reply to its cross-motion, if one was filed, no later than **Friday, January 11, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge