# In the United States Court of Federal Claims

No. 06-877L
(Filed: September 24, 2007)

************************************
D & D LANDHOLDINGS, *
a limited partnership, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On September 13, 2007, defendant filed its Motion for Enlargement of Summary Judgment Briefing Schedule ("Motion"). On September 14, 2007, the court granted defendant's Motion, and shortly thereafter, plaintiff filed its Suggestion for Supplemental Order Regarding Defendant's Motion for Enlargement of the Summary Judgment Briefing Schedule ("Suggestion"). In its Suggestion, plaintiff requests that the court issue a supplemental order to preclude defendant any further enlargements for the filing of its motion for summary judgment. Plaintiff asserts that additional enlargements of time will continue to delay proceedings in this case on a motion that plaintiff maintains will be of "questionable" merit.

While the court is sympathetic to plaintiff's desire to expeditiously resolve this matter, the court is loathe to permanently bar further enlargements of time by defendant regardless of whether the motion is meritorious. However, the court notes that it will not look favorably on such future motions, absent compelling reasons.

Additionally, the Clerk of the Court noted a defect with plaintiff's filing. No provision in the Rules of the United States Court of Federal Claims exists for the filing of a "suggestion" or a "response" to the court's order. **However, the Clerk is directed to file plaintiff's September 14, 2007 Suggestion by the court's leave.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge