**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **D & D LANDHOLDINGS, a limited partnership,** | ) | |
| **Plaintiff,** | ) | **No. 06-877 L** |
| **v.** | ) | |
| **UNITED STATES,** | ) | **Hon. Margaret M. Sweeney** |
| **Defendant.** | ) | |

**<u>DEFENDANT'S SECOND MOTION</u>**
**<u>FOR AN ENLARGEMENT OF TIME</u>**
**<u>IN WHICH TO FILE ITS MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant UNITED STATES hereby moves for an enlargement of time of seven (7) days, or to and including Friday, October 26, 2007, in which to file its motion for summary judgment.

Pursuant to the Court's order of September 14, 2007, Defendant's motion is currently due October 19, 2007. Defendant has requested, and been granted, one previous enlargement of time.

Counsel for Defendant has worked diligently to complete the motion for summary judgment by its due date, but additional time is necessary for two reasons. First, technical and logistical difficulties encountered in filing the United States' motion for summary judgment in the factually-related case of <u>International Industrial Park v. United States</u>, No. 06-876 (J. Wheeler), which brief was due Tuesday, October 16, have prevented counsel and support staff

from turning their attention to the instant brief. Although the International Industrial Park brief was due Tuesday, October 16, technical problems interfered with its filing on that date. Even though the most immediate technical problems were resolved and the brief electronically filed on Wednesday, October 17, additional technical and logistical problems are still in the process of being resolved.

In addition, additional time is necessary in order to complete review of the motion and memorandum within the Department of Justice and the client agency. Defendant expects that no additional enlargements of time for the purpose of filing its motion for summary judgment will be necessary.

Defendant has conferred with counsel for Plaintiff, who advises that Plaintiff does not consent to the granting of this motion for an enlargement of time.

Accordingly, Defendant respectfully requests that the Court grant this motion for an enlargement of time to and including October 26, 2007, with the due dates of subsequent filings to be determined according to the Rules of the Court.

Dated: October 19, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
KELLE S. ACOCK, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice

P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorneys for Defendant

417432.2