# In the United States Court of Federal Claims

No. 06-877L
(Filed: October 22, 2007)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On October 19, 2007, defendant filed its Second Motion for Enlargement of Time in Which to File its Motion for Summary Judgment ("Motion"). In its Motion, defendant requests an additional seven days, to and including Friday, October 26, 2007, in which to file its motion for summary judgment. Defendant represents that the additional time is necessary because of the efforts expended in working on another case in this court and because defense counsel needs to review its motion for summary judgment with superiors at the Department of Justice. Defendant further represents that plaintiff does not consent to the granting of this Motion. **Because defendant sets forth good cause, the court GRANTS defendant's Second Motion for Enlargement. Defendant shall file its motion for summary judgment no later than Friday, October 26, 2007. No further enlargements of time will be permitted regarding defendant's motion for summary judgment.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge