
Border Fence
ATTRIBUTE
Primary Fence
Secondary Fence
PARCEL
11
Approx 1.65 MILES
Approx 1.56 MILES
Approx 2.0 MILES
ALTA
OTAY MESA
644 Trap
1
4
N
0 0.1 0.2 0.4 0.6 0.8
Miles
OTAY MESA PORT OF ENTRY