5.

DOC # 2003-0812020

JUL 09, 2003 8:00 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES: 27.00
OC: OC

TAX: N.D.

2003-0812020

**Recorded Request Of**
**FIDELITY NATIONAL TITLE**

Recording requested by
And when recorded mail to and mail tax statements to:

D & D LANDHOLDINGS
5440 Morehouse Drive, Suite 4000
San Diego, California 92121
Attn.: Roque De La Fuente

F6 4P ND UF 1Con TI

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

6359

150177.2

**GRANT DEED**

In accordance with Section 11932 of the California Revenue and Taxation Code, Grantor has declared the amount of transfer tax that is due by a separate statement that is not being recorded with this Grant Deed.

**FOR GOOD AND VALUABLE CONSIDERATION**, the receipt and sufficiency of which are hereby acknowledged, Otay Mesa Generating Company, LLC, a Delaware limited liability company ("***Grantor***"), hereby sells, transfers, grants and conveys to D & D Landholdings, a Limited Partnership, a California limited partnership ("***Grantee***"), that certain real property located in the County of San Diego, State of California, and more particularly described on ***Exhibit A***, attached hereto and made a part hereof.

IN WITNESS WHEREOF, Grantor has caused this Grant Deed to be executed as of July 8, 2003.

"GRANTOR"

OTAY MESA GENERATING COMPANY,
a Delaware limited liability company

By: [signature]
Name:
Its: Richard L. Thomas
Vice President

STATE OF CALIFORNIA )
) ss.
COUNTY OF ALAMEDA )

On July 2, 2003, before me, Phyllis Branle, Notary Public, personally appeared Richard L. Thomas, personally known to me (~~or proved to me on the basis of satisfactory evidence~~) to be the person(~~s~~) whose name(~~s~~) (*is/~~are~~*) subscribed to the within instrument and acknowledged to me that (*he/~~she/they~~*) executed the same in (*his/~~her/their~~*) authorized capacity(~~ies~~), and that by (*his/~~her/their~~*) signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

WITNESS MY HAND AND OFFICIAL SEAL

Phyllis Branle
Notary Public

PHYLLIS BRANLE
COMMISSION 1248974
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
My commission expires Jan 9, 2004

6360

**Exhibit A**

**Description of Property**

See attached.

6361

THE NORTH HALF OF THE SOUTHEAST QUARTER OF SECTION 30, TOWNSHIP 18 SOUTH, RANGE 1 EAST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF.

Assessor's Parcel No: 648-040-22

6362