
0
6 Miles
N
Otay Lakes Road
Unimproved Road
Minnewawa
Otay Truck Trail
MARRON VALLEY RD.
94
Otay Truck Trail
Otay Truck Trail
Public land
TECATE TRUCK TRAIL
Alta
905
Oyay Mesa
P.O.E.