IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OTAY MESA PROPERTY L.P., et al.,

Plaintiffs,

vs. CASE NO. 06-167 L
06-1670
06-1671

UNITED STATES,

Defendant.

______________________________/

DEPOSITION OF JOSEPH GRANATA

Taken at Chula Vista, California

Wednesday, February 21, 2007

CERTIFIED COPY

Reported by Shirley J. Swenson, CSR, RPR

Certificate No. 3493

The Koll Center
501 West Broadway
Suite 1330
San Diego, CA 92101
Tel: 619.234.9100
Fax: 619.234.9109
Toll Free: 877.234.DEPO
3376

sscourtreporters.com

SHELBURNE|SHERR COURT REPORTERS

On Wednesday, February 21, 2007, commencing at the hour of 2:20 p.m., at 2411 Boswell Road, in the City of Chula Vista, County of San Diego, State of California, before me, Shirley J. Swenson, Certified Shorthand Reporter, in and for the State of California, personally appeared:

JOSEPH GRANATA,

called as a witness by the Plaintiffs, who, being by me first duly sworn, was thereupon examined as a witness in said cause.

A P P E A R A N C E S

FOR PLAINTIFFS:

MARZULLA & MARZULLA
BY: ROGER J. MARZULLA, ESQ.
and
SASHA L. NEL, ESQ.
1350 Connecticut Avenue, N.W.
Suite 410
Washington, DC 20036
(202) 822-6760

FOR DEFENDANTS:

U.S. DEPARTMENT OF JUSTICE
BY: SUSAN V. COOK, ESQ.
and
E. KENNETH STEGEBY, ESQ.
601 D Street, N.W.
Washington, DC 20004
(202) 305-0470

///

CHULA VISTA, CALIFORNIA; FEBRUARY 21, 2007; 2:20 P.M.

JOSEPH GRANATA,

having been sworn, testified as follows:

EXAMINATION

BY MR. MARZULLA:

Q. Give us your full name, please.
A. Joseph Anthony Granata.
Q. And your address, Mr. Granata?
A. I live at 10931 Whitehall Circle, San Diego, California.
Q. Okay. And how about your business address, sir?
A. Business address is 7684 Pogo Row, and that's in Chula Vista, California.
Q. Okay. And what agency is located at that office?
A. That is Customs And Border Protection, facility maintenance department.
Q. I see.
Have you had your deposition taken before?
A. Not that I can recollect. Possibly in an EEO

In 2005, we -- there was a gap of about 300 feet at BC-2-A that was closed.

And then in 2006, we closed another gap that was between BC-2-B and BC-3. That was approximately 600 feet.

In 2005, we built 1326 feet of fence, and that would have been from BC-3 to gas line.

Then in 2006, we built approximately 314 feet of fence from the end of the gas line going towards Johnny Wolf Creek, and we also went back to the gap we had left between that piece that was constructed in 2001 and that piece that began in 2002, and we filled that gap which was 674 feet.

MS. COOK: I think that is the entirety of the fence --

MR. MARZULLA: Okay.

MS. COOK: -- shown on the illustration.

THE WITNESS: Okay.

BY MR. MARZULLA:

Q. And will you describe, Mr. Granata, what your instructions to your GIS person were with respect to your preparing this document?

What did you ask him to do?

A. I asked him to take the items from our spreadsheet and to plot them on the map.

Q. All right. Thank you.

MS. COOK: Can you give his name for the record?

THE WITNESS: Yeah. That's Wade Rowley, R-o-w-l-e-y.

MR. MARZULLA: Thanks.

MS. COOK: For the record, he's the one that's done all of our illustrations.

MR. MARZULLA: Okay.

MS. COOK: He's the one that does the GIS.

MR. MARZULLA: He's done a good job.

Will you please mark this as next in order?

(Exhibit No. 24 was marked for Identification.)

BY MR. MARZULLA:

Q. Finally, you've been handed --

A. This (indicating) is for me?

Q. Yes.

MS. COOK: Another present.

BY MR. MARZULLA:

Q. -- Exhibit 24 which is your notice of deposition.

A. Okay.

Q. My question is have you searched for any documents that might be responsive to the requests in

take these long shots, and then they would set intermediate stakes along the way so that they could tell where the actual border was.

BY MS. COOK:

Q. And after the survey was conducted, was anything unusual discovered?

A. Yeah. There was lots of places where the assumed border was far north of where it actually belonged.

There were areas that at least east of Tin Can Hill, because there was no -- there was no -- there was no border road there. There was no -- all there was was some semblance of an old agricultural fence which we assumed to be the Roosevelt line. That -- that generally occurred 60 feet north of the border.

The Mexican section -- or not the Mexican section, but the Mexican public and some of the government had actually built utility lines and structures and everything else into the U.S. I mean, they -- they had encroached on all that property. We worked with the Boundary And Water Commission to have those utilities and structures removed, and then that's when we put up the primary fence and identified the border.

Q. And where did you locate the primary fence with

respect to the border monuments?

A. It's just two feet north of the border because these were -- these were very close, but not registered shots. So to be on the safe side, we set it two feet north of the border, and in most cases, we have done that. It gives you the room to put the footings in for the fence posts and still be on your own side.

MS. COOK: Thank you. I have no further questions.

MR. MARZULLA: Nothing further. Thank you, Mr. Granata.

THE WITNESS: Okay.

(The deposition was concluded at 3:15 p.m.)

* * *