January 1993, Sandia National Laboratories,
Systematic Analysis of the Southwest
Border (3 Volumes)
(To Be Filed Under Seal)