"Photo of Primiary & Secondary Border Fences"

