
Border Fence
ATTRIBUTE
Primary Fence
Secondary Fence
Bureau of Land Management
ALTA
OTAY MESA
1
603-1
PARCEL 10
603-2
644 Trap
Approx 1.64 MILES
Approx .73 MILES
Approx .68 MILES
0
0.15
0.3
0.6
0.9
1.2
Miles
N
OTAY MESA PORT OF ENTRY