
Chula Vista Apprehensions by Fiscal Year
160,000
140,000
120,000
100,000
80,000
60,000
40,000
20,000
0
158,952
156,273
107,872
141,096
111,413
67,804
72,648
27,085
19,453
9,627
3,080
4,545
9,923
24,484
26,202
27,718
FY 1992
FY 1993
FY 1994
FY 1995
FY 1996
FY 1997
FY 1998
FY 1999
FY 2000
FY 2001
FY 2002
FY 2003
FY 2004
FY 2005
FY 2006
FY 2007