
Brown Field Apprehensions by Fiscal Year
200,000
180,000
160,000
140,000
120,000
100,000
80,000
60,000
40,000
20,000
0
202,173
165,287
72,689
135,365
115,174
51,806
47,366
34,430
20,992
13,244
11,140
15,685
25,685
38,013
48,959
41,384
FY 1992
FY 1993
FY 1994
FY 1995
FY 1996
FY 1997
FY 1998
FY 1999
FY 2000
FY 2001
FY 2002
FY 2003
FY 2004
FY 2005
FY 2006
FY 2007