
Fiscal Year 2005
October 1, 2004 - September 30, 2005
2005 Apprehensions on Parcel 10
(Owner: D&D Landholdings)
Group Size
2
3
5
6
8
D&D Landholdings/Parcel 10
Total Apprehension Events= 8
Total Persons Apprehended=37
5
5
6
3
2
8
2
6