
Fiscal Year 2006
October 1, 2005 - September 30, 2006
2006 Apprehensions on Parcel 10
(Owner: D&D Landholdings)
Group Size
1
2
3
4
5
6
7
8
9
10
11
13
14
16
D&D Landholdings/Parcel 10
Total Apprehension Events= 48
Total Persons Apprehended=229