
Fiscal Year 2007
October 1, 2006 - September 30, 2007
2007 Apprehensions on Parcel 10
(Owner: D&D Landholdings)
Group Size
1
2
3
4
5
6
7
8
11
D&D Landholdings/Parcel 10
Total Apprehension Events= 22
Total Persons Apprehended=112