
15
40
215
210
405
10
5
8
17
19
Phoenix
Tucson
TUCSON SECTOR HQ
El Centro
EL CENTRO SECTOR HQ
Yuma
YUMA SECTOR HQ
San Diego
Chula Vista
SAN DIEGO SECTOR HQ
Legend
USBP SECTOR HEADQUARTERS
USBP SECTORS
El Centro Sector
San Diego Sector
Tucson Sector
Yuma Sector
N
W
E
S
0
25
50
100 Miles