415577

# San Diego Sector Officer Corps Staffing Levels
# FY-94 through FY-07




| | FY-94 | FY-95 | FY-96 | FY-97 | FY-98 | FY-99 | FY-00 | FY-01 | FY-02 | FY-03 | FY-04 | FY-05 | FY-06 | FY-07 as of 9/1/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVERAGE ON-DUTY OFFICER CORPS (Post-Academy and Journeymen) | 999 | 1201 | 1399 | 1829 | 2134 | 2143 | 2071 | 1949 | 1815 | 1725 | 1818 | 1612 | 1487 | 1609 |
| END of FY ON-DUTY (Post-Academy and Journeymen) | 1038 | 1257 | 1521 | 1973 | 2141 | 2104 | 2046 | 1892 | 1652 | 1928 | 1665 | 1532 | 1534 | 1712 |

415577

Fiscal Year