## Zone Apprehension Trend Analysis by Fiscal Year in Correlation with the completion of the Secondary Border Fence Infrastructure




Department of Homeland Security-U.S. Border Patrol-San Diego Sector-Chula Vista Station

FOR OFFICIAL USE ONLY
CHU SOS Office / ArcView Intel Unit
Information obtained from Border Patrol Enforcement Tracking System


Zone Apprehension Trend Analysis by Fiscal Year
in Correlation with the completion of the
Secondary Border Fence Infrastructure
Apprehensions
9000
8000
7000
6000
5000
4000
3000
2000
1000
0
FY1999 Apps
FY2000 Apps
FY2001 Apps
FY2002 Apps
FY2003 Apps
FY2004 Apps
FY2005 Apps
FY2006 Apps
Zone 7
Zone 8
Zone 9
Zone 10
Zone 11
Zone 12
Zone 13
Zone 14
Zone 15
Zone 16
Zone 17
Zone 18
Zone 19
Zone 20
Department of Homeland Security-U.S. Border Patrol-San Diego Sector-Chula Vista Station
FOR OFFICIAL USE ONLY
CHU SOS Office / ArcView Intel Unit
Information obtained from Border Patrol Enforcement Tracking System