| Border Patrol Apprehensions FY2000 - FY2007 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SECTOR** | **FY2000** | **FY2001** | **FY2002** | **FY2003** | **FY2004** | **FY2005** | **FY2006** | **FY2007** |
| **DRT** | 157,178 | 104,875 | 66,985 | 50,145 | 53,794 | 68,512 | 42,632 | 22,920 |
| **ELC** | 238,126 | 172,852 | 108,273 | 92,099 | 74,467 | 55,727 | 61,466 | 55,883 |
| **EPT** | 115,696 | 112,857 | 94,154 | 88,816 | 104,399 | 122,656 | 122,261 | 75,464 |
| **LRT** | 108,973 | 87,068 | 82,095 | 70,521 | 74,706 | 75,330 | 74,849 | 56,714 |
| **MAR** | 13,689 | 12,087 | 11,392 | 10,319 | 10,530 | 10,538 | 7,517 | 5,536 |
| **MCA** | 133,243 | 107,843 | 89,927 | 77,749 | 92,947 | 134,185 | 110,531 | 73,430 |
| **SDC** | 151,681 | 110,075 | 100,681 | 111,515 | 138,608 | 126,913 | 142,102 | 152,460 |
| **TCA** | 616,346 | 449,675 | 333,648 | 347,263 | 491,771 | 438,997 | 392,106 | 378,239 |
| **YUM** | 108,747 | 78,385 | 42,654 | 56,638 | 98,060 | 138,447 | 118,540 | 37,992 |
| **BLW** | 2,581 | 2,089 | 1,732 | 1,380 | 1,354 | 998 | 810 | 7,449 |
| **BUN** | 1,570 | 1,434 | 1,102 | 564 | 671 | 400 | 1,517 | 2,191 |
| **DTM** | 2,057 | 2,106 | 1,511 | 2,345 | 1,912 | 1,792 | 1,282 | 902 |
| **GFN** | 562 | 921 | 1,369 | 1,223 | 1,225 | 756 | 517 | 497 |
| **HLT** | 489 | 685 | 432 | 292 | 263 | 233 | 175 | 95 |
| **HVM** | 1,568 | 1,305 | 1,463 | 1,406 | 986 | 951 | 567 | 486 |
| **SPW** | 1,324 | 1,335 | 1,142 | 992 | 847 | 279 | 184 | 341 |
| **SWB** | 1,957 | 2,463 | 1,736 | 1,955 | 2,701 | 1,933 | 1,543 | 1,119 |
| **LIV**** | 6,205 | 5,211 | 4,371 | 3,565 | 1,850 | 117 | 0 | 0 |
| **MIP** | 6,237 | 5,962 | 5,143 | 5,931 | 4,602 | 7,237 | 6,032 | 7,120 |
| **NLL** | 6,478 | 5,033 | 4,665 | 5,151 | 2,889 | 1,358 | 3,053 | 4,018 |
| **RMY** | 1,731 | 1,952 | 835 | 1,688 | 1,813 | 1,618 | 1,436 | 548 |
| **Southern** | **1,643,679** | **1,235,717** | **929,809** | **905,065** | **1,139,282** | **1,171,305** | **1,072,004** | **858,638** |
| **Northern** | **12,108** | **12,338** | **10,487** | **10,157** | **9,959** | **7,342** | **6,595** | **6,380** |
| **Coastal** | **20,651** | **18,158** | **15,014** | **16,335** | **11,154** | **10,330** | **10,521** | **11,686** |
| **Nationwide** | **1,676,438** | **1,266,213** | **955,310** | **931,557** | **1,160,395** | **1,188,977** | **1,089,120** | **876,704** |

Data Source: PAS Data (FY00 - FY04), EID (unofficial - FY05), HQ Daily Report (FY06 - FY07)

**Livermore Sector was closed down in FY06 and area became part of SDC