
575 Hill
Otay Park
49
Palm Canyon
Pipe Crossing
562 Hill
Olive Grove
38
No Name Draw
Frenchmen's Canyon
37
N
W
E
S
Reservoir
O'Neil Canyon
Public land
Detention Facility
City & County Prison
Triple Nickel
Donovan Prison
State
36
Kuebler's Ranch
1425
18-NG scope site 1425
Otay Truck Trail
1445
Windmill Canyon
Johnson's Canyon
Alta Road
56 Scope Site
18-NG scope site 1456
64
1465
1473
Murphy's Bowl
18-NG Little Murphy's
Parcel 2
Intersection
Otay Mesa Road
Old & New
Alta Grove
Harvest Work Camp
19
Parcel 4
18
25 Saddle
17
Landing Zone
644 Trap
Goldmine Draw
Parcel 3
Well Draw
16
Parcel 1
18-Johnny Wolf
Johnny Wolf's Draw
White Cross
CHP Lot
Alta Extension
Tin Can
3 Cross Draw
670 Hump
17-660/670 Road
15
Otay Mesa Port of Entry
CHP Lot
SONY SPLIT
Miles
0
0.2
0.4
0.8
1.2
1.6