**Sensors on Parcel 10 (D&D Landholdings)**

| Sensor Designation | Date Installed | Location |
|---|---|---|
| 603-1 | September 2004 | Parcel 10 |
| 603-2 | September 2004 | Parcel 10 |

Defendant's Exhibit D-19
D&D Landholdings v. United States
417763.1