Exhibit D-20 (Deleted)