PO Box 210038
Chula Vista, CA 91921

U.S. Customs and Border Protection

CHU 50/2.4-C

July 7, 2006

MEMORANDUM FOR: JOSEPH L. PEREZ
PATROL AGENT IN CHARGE
CHULA VISTA STATION

FROM: Darren D. Kerns
Senior Patrol Agent

SUBJECT: Citizen Contact with David Wick

On July 6, 2006, at approximately 2:00 PM, I received a report from Senior Patrol Agent Pascal Messina, via Bureau radio, of an SUV with no license plates driving eastbound at a high rate of speed in the area of the 660 Gap. I spotted the white SUV driving next to the secondary fence. I estimated its speed to be about fifty miles per hour, which is extremely dangerous on a dirt road. This area is approximately one and a half miles east of the Otay Mesa Port of Entry, and is a high traffic alien smuggling area. I decided to make contact with the vehicle to see who was in it and what their intentions were. Many times it is just off-roaders or off-duty Agents showing family and friends the area.

I caught up to the vehicle, when it slowed down, and activated my vehicle air horn to get the driver's attention and the vehicle stopped. I pulled up next to the vehicle, and saw that there were passengers in the vehicle, and courteously asked what they were doing in the area. The driver responded, "Driving on my property, what are you doing?". At that point, I exited my vehicle and approached the driver. I told him that I believed the land within feet of the secondary fence was government land and he said, "Well, the area you were just parked on is my property". I asked the driver if he had any proof of ownership and he stated, "What do you expect me to do, carry the deed around?". At this point, it seemed that the driver was trying to provoke me into a verbal confrontation. He then stated that my Supervisors know him. I went back to my vehicle and called for a Supervisor. Supervisory Border Patrol Agent Michael Diaz answered the call and began to respond to the area. I returned to the driver and he gave me a business card identifying him as David Wick. I then told the driver that there is no reason for a confrontation, and that I was just checking what they were doing in the area because of the vehicles high rate of speed and lack of license plates. Mr. Wick seemed to be content with that explanation and put his hand out to shake mine. I shook his hand and ended the contact. When SBPA Diaz arrived, I explained to him what had happened and he made contact with the vehicle further east, by Johnny Wolf's draw.