PO Box 210038
Chula Vista, CA 91921

U.S. Customs and Border Protection

JUL -8 PM 8:53

CHU 50/2-C

July 7, 2006
~~May 09, 2006~~

MEMORANDUM FOR: JOE L. PEREZ
PATROL AGENT IN CHARGE
CHULA VISTA STATION

FROM: Michael J. Diaz
Supervisory Border Patrol Agent

SUBJECT: Re: Incident with Private Citizen

On July 6, 2006, at approximately 2:25 p.m., Senior Patrol Agent Darren Kerns requested via Bureau radio for a supervisor to respond to an area known as the 670 Hump. Agent Kerns stated that he had a conversation with somebody claiming to be the owner of the property on the east mesa. Agent Kerns said that the owner wanted to meet with a supervisor.

I arrived on scene at approximately 2:35 p.m., and met with Agent Kerns. Agent Kerns stated that the owner left the area and was by Johnny Wolfes. Agent Kerns told me that he had a minor confrontation with an individual claiming to own all the land out on the east mesa. Agent Kerns stated that he observed a white SUV without license plates driving at a high rate of speed eastbound just north of the secondary fence. SPA Kerns said that he drove up to the SUV and talked with the driver and asked him what he was doing in the area. SPA Kerns stated that the driver said he owned the land and he can go where he wanted. SPA Kerns said that he told him that it was government land and again the individual stated that it was his property. SPA Kerns stated that after a few minutes they shook hands and he allowed the subject to proceed about his business.

I drove out to the area where the SUV was located at approximately 2:45 p.m., and encountered the SUV near the Steel Pole Line Road and Siempre Viva Extension Road. I identified myself as a supervisor and the driver identified himself as David Wick. I asked him about the situation with Agent Kerns and he stated that he owns the property. He started talking about us having access to 25 miles of the border and how we misinterpreted where we can go. I advised him we do have access to areas within 25 miles of the border and again he stated that we were misinformed. I told him the reason why he was stopped earlier, was due to him driving at a high rate of speed and without license plates. I asked him if he bought the property from the previous owner, Mr. De La Fuente, and he stated that they are business partners.

Mr Wick stated that's why he was driving with dealer plates on the vehicles. He asked about illegals crossing in the area, and I told him that they were still utilizing the area even with the secondary fence. Mr. Wick stated that he had talked with Chief Patrol Agent Griffen about us using his property. He made rubbing finger motions with his thumb and first two fingers signifying he wished to be paid. I advised him that was between the Federal Government and him. I shook his hand and we both departed the area.

dwick@natent.com

858/623-9000, Ext. 700
FAX 858/623-9009

NEI

David L. Wick
President / CEO

NATIONAL ENTERPRISES INCORPORATED
5440 Morehouse Dr • Suite 4000 • San Diego, CA 92121