
Tin Can Hill
2006
314 Feet
11-7-06
BC-4
2005
1326 Feet
BC-3
2006
600'-700'
BC-2-B
1993
BC-2-A
2005
300'
2000
6129 Feet
BC-1
2004
300'
Alta Road
Otay Mesa Road
2006
674 Feet
2001
1722 Feet
GAP
70'-80'