
1575
1574
1573