UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D&D LANDHOLDINGS,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 06-877 L<br><br>Hon. Margaret M. Sweeney |

DECLARATION OF JANEL D. FRITH

I, JANEL D. FRITH declare:

1. I am presently employed by United States Customs and Border Protection (CBP), a bureau of the Department of Homeland Security, as an Intelligence Research Specialist. From January of 2001 to March 1, 2003, I was employed by United States Border Patrol (Border Patrol). Border Patrol was then organized under the Department of Immigration and Naturalization. That department was then organized under the Department of Justice. Prior to becoming an Intelligence Research Specialist, from April 1996 to January 2001, I was an Immigration Inspector for the Immigration and Naturalization Service, a component of the Department of Justice. On March 1, 2003, Border Patrol became a legacy component of CBP as part of the creation of the Department of Homeland Security.

2. As an Intelligence Research Specialist for Border Patrol and now for CBP, my official duties have, among other things, required me to monitor apprehensions of illegal entrants ("Apprehensions") for the San Diego Sector. According to the Intelligence Research Specialist job description, I serve as an expert research specialist who performs a wide range of functions at the highest level of difficulty and complexity. Duties include, among other things, utilizing a wide variety of research sources, serving as a direct liaison to develop an intelligence base of information from which to draw inferences and summaries, and preparing reports, assessments, materials for publications, statistical summaries and other material concerning program operations.

3. Each station within the San Diego Sector patrols the same zones from day to day and although zone 18 is the "boundary" zone between Chula Vista Station and Brown Field, Chula Vista agents will be the primary station in that zone. There may be an occasion that while tracking a group of undocumented aliens that possibly entered in zone 19 and then traversed through zone 18 that they would be followed by Brown Field agents, but this would not happen

on a regular basis. Brown Field was the primary station that patrolled zone 18 before being assumed by Chula Vista Station in April 2004, going back at least to the early 1990s.

4. My office prepared two graphs entitled "Chula Vista Apprehensions by Fiscal Year" and "Brown Field Apprehensions by Fiscal Year." The charts contain the number of apprehensions recorded from FY 1992 through FY 2007. My office created the charts by running apprehension queries from the Border Patrol Enforcement Tracking System (BPETS) database.

5. My office prepared a chart entitled "San Diego Sector Apprehensions" that lists Apprehensions by zone from federal fiscal year ("FY") 1999 to FY 2007 (FY 2006 numbers are current through May 31, 2006). The chart lists the total Apprehensions for zone 7 through zone 18. Prior to 1999, the number of apprehensions was recorded by station. In FY1999, the Border Patrol designated enforcement zones and began also recording apprehension data by zone.

6. My office also prepared a chart entitled "U.S. Border Patrol Apprehensions" that lists Apprehensions for all sectors for FY 1992 through May 31, 2006, of FY 2006. My office created the chart by utilizing the Daily HQ (Headquarters) Report. The number of apprehensions in the San Diego Sector correspond to the SDC notation, and the number of apprehensions in the Tucson Sector correspond to the TCA notation.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct to the best of my knowledge and belief.

This 18th day of October, 2007.

Janel D. Frith

JANEL D. FRITH