**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **D & D LANDHOLDINGS, a limited partnership** | |
| **Plaintiff,** | **No. 06- 877 L** |
| **v.** | **Hon. Margaret M. Sweeney** |
| **UNITED STATES,** | |
| **Defendant.** | |

**DECLARATION OF SUSAN V. COOK**

I, Susan V. Cook, declare:

1. I am a trial attorney with the Department of Justice and counsel of record for the United States in this matter. I am a member of the bar in California and am in good standing. The matters set forth below are testified to based on my personal knowledge.

2. The purpose of this declaration is to identify various aerial photographs produced by Defendant during discovery.

3. I obtained the aerial photographs attached as Exhibits D-5(A)-(F) to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment from a company called Landiscor Aerial Information ("Landiscor"). Landiscor has various office locations throughout the United States, including San Diego, California. It is my understanding that Landiscor has taken, logged, and recorded aerial photographs for over forty years.

4. On July 25, 2006, I ordered Exhibits D-5(A)-(F) from Landiscor's Aerial Fotobank #21 located at 9833 Pacific Heights Boulevard, Suite A, San Diego, California. These photographs were produced to Plaintiff during discovery.

5. Exhibits D-5(A)-(F) are true and accurate copies of the photographs I received from Landiscor. Each exhibit was provided in PDF format and named by the year in which the photograph was taken.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct to the best of my knowledge and belief.

This 25 day of October, 2007.

Susan V Cook

SUSAN V. COOK