**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| D & D LANDHOLDINGS, a Limited Partnership<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | Case No. 06-39 L<br>Judge Thomas C. Wheeler |

**DECLARATION OF GREGORY L. GIDDENS**

I, Gregory L. Giddens, declare under penalty of perjury that the following is true and correct:

1. I am the Executive Director of the Secure Border Initiative (SBI) Program Executive Office with Customs and Border Protection. I have held this position since October 2006.

2. In my role as Executive Director I have knowledge of projects in the SBI portfolio. One of these projects is the project known alternatively as the San Diego 14 mile fence or the Border Infrastructure System (BIS).

3. As of the date of this declaration, SBI does not plan to extend the secondary fence further east than its present terminus on the BIS project.

4. The eastern most portion of the BIS, known as Tin Can Hill, will receive a SBI technology suite consisting of the appropriate mix of technology components (e.g. sensors,

cameras, radars and communications systems). At this time, however, a determination has not been made as to which technology components will be utilized for this area.

Dated: 26 Oct 07

GREGORY L. GIDDENS