
1"=800'
CHANGES
07/28/2004 EX
DETAIL "A"
NO SCALE
ENERGY CENTER WAY
ACCESS RD.
LOOP RD
ACCESS RD
ALTA
OTAY MESA RD
A
B
SEC 30-T18S-R1E
SEC 29-T18-R1E-POR SW 1/4 OF NW 1/4
ROS 8602,9721,11218,16946
THIS MAP WAS PREPARED FOR ASSESSMENT PURPOSES ONLY. NO LIABILITY IS ASSUMED FOR THE ACCURACY OF THE DATA SHOWN. ASSESSOR'S PARCELS MAY NOT COMPLY WITH LOCAL SUBDIVISION OR BUILDING ORDINANCES.


648-08
1"=800'
CHANGES
10/04/2001 KJA
1* PAR 7 SBE MAP 141-37-129
SEC 32-T18S-R1E
SEC 5-T19S-R1E
ROS 11218, 11349, 13580, 16849
INTERNATIONAL BOUNDARY
MEXICO
℄ SDG&E 120 FT. TRANSMISSION LINE
080
THIS MAP WAS PREPARED FOR ASSESSMENT PURPOSES ONLY. NO LIABILITY IS ASSUMED FOR THE ACCURACY OF THE DATA SHOWN. ASSESSOR'S PARCELS MAY NOT COMPLY WITH LOCAL SUBDIVISION OR BUILDING ORDINANCES.
SAN DIEGO COUNTY ASSESSOR'S MAP BOOK 648 PAGE 08
648-080