IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INTERNATIONAL INDUSTRIAL PARK, INC., | (No. 06-876 L) |
| Plaintiff, | Hon. Thomas C. Wheeler |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Pursuant to RCFC 6.1, Plaintiff, International Industrial Park, Inc., respectfully requests this Court for an enlargement of time to file its Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment in the above-captioned matter. Plaintiff's Response presently is due on November 14, 2007. Plaintiff requests five (5) additional days, or until November 21, 2007, to file its Response. This is Plaintiff's first request for this purpose.

Counsel for Plaintiff has contacted counsel for Defendant regarding this Motion and has not heard whether the government does or does not oppose this Motion.

The enlargement of time is necessary for Plaintiff to complete its Response because Plaintiff only received from Defendant an under seal report at close of business on Tuesday, November 13, 2007, and the parties are still negotiating a confidentially agreement for the document. This three-volume report forms a significant part of Defendant's Motion and will require time to review and analyze. Without additional time to evaluate this report, Plaintiff cannot formulate its Response adequately. Additionally,

Plaintiff requests this enlargement because of the complexity of the issues in this case, which require the extra time to address sufficiently. Moreover, Plaintiff requires this additional time because of the press of other business. Specifically, counsel for Plaintiff has been occupied with the preparation of appellate briefs for *Casitas Municipal Water District v. United States*, No. 2007-5153 (Fed. Cir. 2007) and for *Klamath Irrigation District v. United States*, No. 2007-5115 (Fed. Cir. 2007). Counsel for Plaintiff has also had two days of depositions in *D.C. Fire & Emergency Medical Servs. v. Jasper Ventures, Inc.*, Nos. FE-I-07-W100208, FE-I-07-W100466, FE-I-07-W100469, FE-I-07-W100470 (D.C. OAH 2007), over the last two weeks.

As a result, counsel for Plaintiff has not had sufficient time to complete Plaintiff's Response by the current deadline. The requested extension should provide counsel for Plaintiff enough time to complete Plaintiff's Response adequately.

Accordingly, Plaintiff respectfully requests this Court to enlarge the deadline for the filing of its Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment by five (5) days, from November 14, 2007, to November 21, 2007.

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla Law
1350 Connecticut Avenue
Suite 410
Washington, D.C. 20036
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Dated: November 14, 2007

Counsel for Plaintiffs