IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D & D LANDHOLDINGS, a limited Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | (No. 06-877 L)<br>Hon. Margaret M. Sweeney |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE CORRECTED MOTION**

Plaintiff, D & D Landholdings, LLP, respectfully requests this Court for leave to file a Corrected Unopposed Motion for Enlargement of Time to File its Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment in the above-captioned matter. Plaintiff's counsel has contacted Defendant's counsel and is authorized to represent that the government does not oppose this Motion.

This motion is necessary because, in attempting to file the original Unopposed Motion for Enlargement of Time in this case, Plaintiff's counsel inadvertently uploaded the wrong document into the ECM/CF software, which resulted in an incorrect filing. The purpose of this Motion is to correct this inadvertent error. The corrected Unopposed Motion is attached hereto.

Accordingly, Plaintiff respectfully requests this Court to grant this Unopposed Motion for Leave to File the attached Corrected Unopposed Motion for Enlargement of Time.

Respectfully submitted,

/s/ Roger J. Marzulla____

Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla & Marzulla
1350 Connecticut Avenue
Suite 410
Washington, D.C. 20036
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Dated: November 14, 2007

Counsel for Plaintiffs