IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| D & D LANDHOLDINGS, a limited Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | (No. 06-877 L)<br>Hon. Margaret M. Sweeney |

**PLAINTIFF'S CORRECTED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Pursuant to RCFC 6.1, Plaintiff, D & D Landholdings, LLP, respectfully requests this Court for an enlargement of time to file its Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment ("Motion") in the above-captioned matter. Plaintiff's Response presently is due on November 16, 2007. Plaintiff requests five (5) additional days, or until November 21, 2007, to file its Response. This is Plaintiff's first request for this purpose. Counsel for Plaintiff has contacted counsel for Defendant regarding this Motion and is authorized to represent that the government does not oppose this Motion.

This Motion is necessary for the following reasons. First, Plaintiff received from Defendant an "under seal" three-volume (658 page) report at close of business on Tuesday, November 13, 2007. This report forms a significant part of the factual basis for Plaintiff's Motion to Dismiss. This report has not been filed with the Court and the parties are still in the midst of negotiating a confidentially agreement regarding the

protocol for its review. As a result, Plaintiff will require additional time to review and analyze this report. This has added to the complexity of the issues in this case; Plaintiff thus will require additional time to prepare its response to Defendant's Motion.

In addition, the requested time is necessary because of Plaintiff's counsels' commitments in other cases. Specifically, counsel for Plaintiff has been occupied with the preparation of appellate briefs for *Casitas Municipal Water District v. United States*, No. 2007-5153 (Fed. Cir. 2007), due November 26, 2007, and for *Klamath Irrigation District v. United States*, No. 2007-5115 (Fed. Cir. 2007), filed November 13, 2006. Counsel for Plaintiff was also required to conduct depositions during the weeks of November 5 and November 12, in *D.C. Fire & Emergency Medical Servs. v. Jasper Ventures, Inc.*, Nos. FE-I-07-W100208, FE-I-07-W100466, FE-I-07-W100469, FE-I-07-W100470 (D.C. OAH 2007).

Because of the foregoing circumstances, counsel for Plaintiff has not had sufficient time to complete Plaintiff's Response by the current deadline. The requested extension should provide counsel for Plaintiff enough time to complete and file Plaintiff's Response.

Accordingly, Plaintiff respectfully requests this Court to enlarge the deadline for the filing of its Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment by five (5) days, from November 16, 2007, to November 21, 2007.

Respectfully submitted,

/s/ Roger J. Marzulla____

Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla & Marzulla
1350 Connecticut Avenue
Suite 410
Washington, D.C. 20036
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Dated: November 14, 2007

Counsel for Plaintiffs