# In the United States Court of Federal Claims

No. 06-877L
(Filed: November 14, 2007)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On November 14, 2007, Plaintiff filed its Unopposed Motion for Leave to File Corrected Motion ("Motion for Leave") and Corrected Unopposed Motion for Enlargement of Time to File Response to Defendant's Motion to Dismiss or in the Alternative For Summary Judgment ("Motion for Enlargement"). In its unopposed Motion for Leave, plaintiff represents that counsel inadvertently uploaded the wrong document into CM-ECF, which resulted in an incorrect filing. Plaintiff's accompanying Motion for Enlargement constitutes the corrected filing.

In its Motion for Enlargement, plaintiff requests five (5) additional days, or until November 21, 2007, to file its response. Plaintiff represents that this is its first request for an enlargement for this purpose. Plaintiff cites that an extension of time is necessary because counsel first received from defendant a three-volume report exceeding six hundred pages at the close of business on November 13, 2007. That report, plaintiff asserts, forms a significant part of the factual basis for defendant's motion to dismiss, and plaintiff requests additional time for review and analysis. Additionally, commitments in other pending cases have precluded plaintiff's counsel from devoting sufficient time to preparing its response.

**Accordingly, the court GRANTS plaintiff's Motion for Leave and accompanying Motion for Enlargement. Plaintiff shall file its response no later than Wednesday, November 21, 2007. The Clerk of the Court is directed to strike plaintiff's incorrect filing, document # 35.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge