is going to try to find a place where there's an opening in the fence, a break in the fence or where the fence ends?

A. I -- I -- I would suspect that would be something that our adversaries would take into consideration. It's a profit driven criminal enterprise, so they're going to attempt to effect entry where they can make the most profit.

Q. So is it fair to say, then, that as the fence has been completed and extended eastward, that the weaker points of protection, easier places for entry across the border have also shifted eastward in San Diego County?

A. Yes. Traffic trends and patterns have shifted. I would -- I would caution you by saying that the border environment is very dynamic, it's very fluid, and traffic patterns and -- can shift at a moment's notice when a vulnerability has been identified or at least perceived to have been identified by our adversaries.

That's why it's critical to maintain as balanced approach as possible, although you give focus to areas that you have determined perhaps to be most at risk.

Q. But, yes, you have observed, the Border Patrol has observed that the traffic has shifted eastward as

the fence has been completed?

A. Yes, sir.

Q. Is it also fair to say that the point at which the secondary fence ends is a point of vulnerability in that it also provides easier access for illegal aliens to enter the country?

A. With respect to -- are you saying in contrast to an area that has secondary fencing?

Q. Yes, in contrast to an area that is now protected by the secondary fence.

A. Would you also be saying in contrast to an area that has no primary fencing or tactical infrastructure whatsoever?

Q. No.

My question --

A. Just with respect to the primary fencing?

Q. -- to you is regarding the secondary fence. I'm talking now only about the secondary fence.

A. Within that -- those first 14 miles of what we call --

Q. Yes.

A. -- the border infrastructure system?

Q. Yes.

MS. COOK: But you're assuming construction of a primary fence. I mean, I think --

memory serves me correct, there had been discussions referencing this, so I was advised that we would forward a letter as would be the normal procedure when a -- for example, if a -- if a private property owner or representative of such was to challenge an agent's authority to access his or her private land, you know, within statutory requirements, then we are supposed to bring that matter to the attention of his or her supervisor. There should be discussions with whomever challenged our authority to include the receipt of registered mail advising the individual or corporation of our statutory right to access said property and the importance of our mission.

Q. And did those discussions take place, to your knowledge?

A. That, I do not know, sir.

Q. So did you request Chief Counsel's Office to write this letter?

A. I do not know if I requested it or if I was advised that we would respond, and the letter would be drafted.

Q. Okay.

A. That, I do not recall, sir.

Q. All right. In the letter, you indicate that unless the Border Patrol is given a key, it may have no