
Alta Road
Otay Mesa Road
2006
2005
2000
1993
2006
2001