bring more and more operational control over the border in this region, especially in the area between the Pacific Ocean and Otay Mountain, which accounted for a huge number of illegal entries into the United States.

Q. Okay. Could you explain a bit what you mean by the -- I think your phrase was "operational control," "expanding operational control." What do you mean by that?

A. Well, to gain control over the border, over the number of persons that are entering the country illegally, and our ability to be able to prevent their entry.

Q. Right. Is it your testimony that there was more activity in the eastern portion of the San Diego sector during the latter half of the 1990s?

A. I believe at the time there was more activity in the western portion, but eventually, during the 2000s, it shifted over to the eastern portion, from Otay Mountain to the east.

Q. Right. And why did that -- well, first of all, are you talking about the activity of the Border Patrol or the activity of the illegals trying to cross the border?

A. The illegals trying to cross the border.

Q. Right. What caused the shift in illegal activity from the western area further east?

A. I believe it was the additional staffing and scopes that were brought into the sector to be able to monitor the border and make apprehensions.

Q. Okay. What is a scope?

A. It's a night-vision scope, to be able to see during the night. It uses thermal images to identify heat signatures.

Q. Uh-huh. And are these actually used by an individual, like a spyglass or binoculars?

A. It's more like a large camera, used by an individual operator.

Q. Okay. Is it a remote camera, or is it one that's actually held or controlled by a person who is right there with the camera?

A. It's mounted either on a tripod or in the back of a pickup truck and operated by a person.

Q. Okay. Could you describe for me a little bit, if you would, with a little bit of detail, how operations changed during this time period from, say, the mid-1990s into the 2000s. What was different?

A. Well, again, it was largely staffing. We brought in additional agents into the border. We put them where the aliens were crossing the border, which