MS. COOK: In yellow.

BY MR. MARZULLA:

Q. -- on Exhibit 11?

A. Right.

Q. Okay?

A. Okay.

Q. Do you sometimes drive over the subject properties?

A. Yes, sir.

Q. And how often do you do that?

A. Well, the last time that I actually drove over his property -- well, let's go backwards.

This may happen on a daily basis. One particular area behind Kuebler's Ranch, you get up to Otay Mountain. The last time I drove up there is when the helicopter crashed here about a month ago up on the top of Otay Mountain and had to drive around Kuebler's to hit the Otay Truck Trail to drive to the top. These other areas, I haven't driven out there in a week because it's been raining.

Q. I see.

A. When it rains, we can't access any of this property because it's all mud. Our containment zone actually falls back to the streets of Otay Mesa around Alta Road. We can't drive off beyond that because it's

school. These things were previously not even a dream because you couldn't give the property away, so we've improved the quality of life in that immediate border area. So that's what the fence does. It will improve what the combination of the three things I talked about, the -- the quality of life in the immediate border area in some areas where it's feasible, and then there's other areas where that won't apply.

Q. It appears that your responsibilities have sort of moved eastward --

A. Correct.

Q. -- from your description?

A. Correct.

Q. Is that right?

A. Yes.

Q. So now your area of responsibility is to the east of the Otay Mesa Port of Entry?

A. (Witness nods head.)

Q. I note that the fence also terminates within your area of responsibility.

Is that right?

A. That's correct.

Q. How will extension of the fence or how would extension of the fence impact the way in which you attempt to control the part of the border that you're

A. No, I don't.
Q. And I'm speaking now of the subject property --
A. Right.
Q. -- not the property --
A. Right.
Q. -- that you were just describing.
A. I don't know the negotiations between the subject and the Border Patrol at all.
Q. Okay.
A. Because I have -- personally, that's -- that's beyond my control. I -- I don't negotiate into those.
Q. Right.
A. That's got to be with him and Mr. Hance or our attorneys over there.
Q. But as far as you're aware, does the Border Patrol have a policy of cutting off locks that have been placed by property owners?
A. I don't know whether we have a policy. I know that locks have been cut off in the past on different gates, not necessarily these gates, but I know that in my career, I have seen locks cut off when either we get locked out, and sometimes it happens on accident where somebody will unlock a lock off the Border Patrol, but they lock it back. Our lock is -- is hanging, so it doesn't really lock anything, so if we need access to