you find that that made a difference as far as the number of people crossing the border?

A. I have no idea if that actually worked or not.

Q. Did you ever encounter any property owners while you were patrolling on those properties?

A. No.

Q. Did you ever use the Otay Truck Trail?

A. Yes.

Q. What did you use that for?

A. Same thing, line watch operations. If you were assigned up on the Otay Mountain, that was the main thoroughfare to get up there.

Q. And how often did you drive up there?

A. On the ATV unit?

Q. Just in general.

A. Whenever I was assigned. Same thing, once or twice a week.

Q. How did you access the Otay Truck Trail?

A. Through the Kuebler's Ranch, wherever that is. I guess that's Parcel 11.

Q. So you drove through Parcel 11 to get to the Otay Truck Trail?

Is that what you're saying?

A. Let me see here. Yes, I would drive through Parcel 11 to access the Otay Truck Trail.

how important the point is and how many marks you want to get on your exhibit, but since some of these roads don't have names on them, I don't know how else to identify them for the record.

BY MS. NEL:

Q. Well, is it correct that you're pointing at this pink area (indicating) where the yellow highlighter intersects --

A. Yes.

Q. -- moving, I guess, east?

A. (Witness nods head.)

Q. And how did you access that point?

A. From Alta Road right here (indicating), there's another road here (indicating), I guess, this pink one --

Q. Okay.

A. -- where it says "primary routes" and "new gate." You go around there -- or not around there, but through there and up to the Truck Trail.

Q. Okay. Did you ever access the Truck Trail in the pink through this (indicating) yellow highlighted area below?

A. Rarely, but, yes.

Q. And what about these areas where it says "new gate" on the map?