A. Okay.
Q. Do these roads look familiar to you at all?
A. Let me see. Which ones? They're all familiar to me.
Q. They are?
A. Yes.
Q. Which route did you travel on the Otay Truck Trail?
A. Okay. Well, there's only one route on the Otay Truck Trail.
Q. And how did you access that?
A. We used to access it through Kuebler's. I'm not sure. Right here (indicating) where it says "new gate."
Q. Over here (indicating)?
A. Yeah, it says "new gate" (indicating).
Q. Okay.
A. We would access it through this gate right here (indicating), and we would go right where it's -- we would go north and then follow the pink line (indicating).
Then they put a gate there (indicating) and there (indicating). We then would, I imagine, access it through this orange line (indicating).
Q. Okay.