**U.S. Department of Justice**

# United States Border Patrol

## San Diego Sector

## *LINEWATCH OPERATIONS*

*To Enforce the Rule of Law*
*Along the Border*
*While Enhancing the*
*Quality of Life of*
*the People We Proudly Serve*

## Linewatch Operations

Thank you for your interest in the linewatch operations of the U.S. Border Patrol. This pamphlet explains the Border Patrol's authority to conduct linewatch operations within 25 miles of the border, and provides other general information regarding the U.S. Border Patrol.



The U.S. Border Patrol is a federal law enforcement component of the Immigration & Naturalization Service. Our primary mission is to patrol the border to prevent the illegal entry of aliens and contraband into the United States, and to interdict those aliens who have illegally entered the United States at locations other than authorized Ports of Entry. Our area of responsibility within the San Diego Sector includes 66 miles of the international border with Mexico from the Pacific Ocean to the Imperial County line. Border Patrol Agents conduct "linewatch" operations to locate and arrest aliens who have illegally entered the country on foot, many of whom are guided by smugglers across the border into East San Diego County.





Under federal law, Border Patrol Agents are authorized to access private lands within 25 miles of the border for the purpose of patrolling the border to prevent the illegal entry of aliens into the United States. This patrol authority includes conducting such activities as are customary, or reasonable and necessary to prevent the illegal entry of aliens into the United States. Within the San Diego Sector, our agents patrol the border on foot, on horseback, and in vehicles and aircraft suitable for the terrain and patrol area. Our patrol authority is limited to private lands within 25 miles of the border; it does not include access to dwellings or other private areas or structures near the border.

We respect the rights of the private landowners and residents who live and work in the border areas which we patrol, and we strive to conduct any necessary law enforcement operations on private property in accordance with the Border Patrol's highest standards of safety and professionalism.

