
ay Mountain Truck Trail
Alta Road
Kuebler Ranch Road
Donovan State Prison Road
Calzada de la Fuente
Image © 2007 DigitalGlobe
© 2007 Tele Atlas
© 2007 National Geographic Society
© 2007 Europa Technologies
Streaming 100%