# OTAY MESA PROPERTY L.P.

July 26, 2006

Mr. Darryl E. Griffen
Chief Patrol Agent
San Diego Sector
United States Border Patrol
2411 Boswell Rd.
Chula Vista, CA 91914-3519

Re: Private property located at Otay Mesa, California.

Dear Mr. Griffen:

I am the managing agent for approximately 750 acres of prime development land located near the United States and Mexican border in Otay Mesa, the eastern area of San Diego County, California. (See attached map.) Over the last several years, the U.S. Border Patrol has stationed agents on this property, without the owner's permission, in order to conduct border enforcement and surveillance activities. As you know, the Border Patrol constructed a 10-foot Border Fence, which stretches 14 miles eastward, and terminates on this privately owned land. The fence has the effect of channeling the illegal immigrants onto the land for roundup, arrest, and deportation. As a result of your activities on this land, we have been unable to move forward with our intended development plans for the property. In fact, on countless occasions, your agents have asked us to leave the property, claiming, incorrectly, that the United States owns the land.

PIfs 37
WITNESS: Griffen
DATE: 3-27-07 Rptr: SS
Shelburne Sherr
Court Reporters

DHS17939

In point of fact, this land around this is privately owned and is currently slated for immediate development. Therefore, we must insist that you immediately cease all use of this property as a staging area for Border patrol activities.

I would appreciate your immediate response with respect to your intentions with respect to this property.

Yours truly,

David Wick
President of the General Partner

5440 Morehouse Drive, Suite 4000, San Diego, CA 92121
[illegible]

DHS17941


Rancho Vista Del Mar
Otay International LLC
Otay Mesa Property LP
Secondary Border Fence
International Boundary
Enrico Fermi
OTAY MESA ROAD
Airway Rd
Siempre Viva
905
US Border Crossing