# In the United States Court of Federal Claims

No. 06-877L
(Filed: November 27, 2007)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On November 21, 2007, plaintiff filed the following: Opposition to Defendant's Motion for Summary Judgment, document #38; Proposed Findings of Uncontroverted Fact, document #39; Responses to Defendant's Proposed Findings of Uncontroverted Fact, document #40; and Declaration of David Wick, document #41. The Clerk of the Court identified one deficiency with documents #38, #39, and #40: counsel's signature violated Rule 11 of the Rules of the Court of Federal Claims ("RCFC"). Additionally, the Clerk noted that plaintiff's Declaration was neither signed by the attorney of record as required by Rules 11 and 83.1(c)(2) nor in compliance with RCFC 7(b).

Plaintiff's counsel signed documents #38, #39, and #40 using an "/s" designation, rather than an "s/" designation, preceding his name. This designation fails to comply with General Order No. 42A, which governs interim procedures for electronic case filing. The signature provision of General Order No. 42A stipulates:

> ECF filings shall include a signature block in compliance with RCFC 11(a). As part of that block, the name of the Filing User . . . shall be preceded by a 's/' and shall be typed in the space where the signature would otherwise appear. Alternatively, a party may file a scanned document that contains a written signature. A filing that does not comply with these signature requirements shall be deemed to violate RCFC 11 and may be stricken.

Gen. Order No. 42A, § IV, ¶ 16 (2004).

Counsel is advised to conform all filings accordingly. **The court directs the Clerk to file documents #38, #39, and #40 by its leave and to strike plaintiff's Declaration of David**

**Wick, document #41. Plaintiff shall file a corrected pleading no later than Friday, November 30, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge