IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D & D LANDHOLDINGS, a limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-877 L<br>Hon. Margaret M. Sweeney |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE CORRECTED MOTION**

Plaintiff, D & D Landholdings, LLP, respectfully requests this Court for leave to file a Corrected Opposition to Defendant's Motion for Summary Judgment, a Corrected Response to Defendant's Proposed Findings of Fact, and a Corrected Plaintiff's Proposed Findings of Fact, with the supporting exhibits, originally filed on November 21, 2007, in the above-captioned matter.

On October 26, 2007, Defendant filed its Motion for Summary Judgment in this Case. That motion was supported by six declarations, a total of 35 exhibits, and 26 Proposed Findings of Fact.

Plaintiff's Opposition to Summary Judgment was, in turn, supported by a detailed factual declaration, 13 exhibits, detailed responses to Defendant's 26 Proposed Findings of Fact, and 16 Plaintiff's Additional Proposed Findings of Fact. Upon further review of the documents Plaintiff filed on November 21, 2007, counsel noticed a number of citation errors, primarily citations to exhibits, which had crept into the aforementioned documents, and the omission or erroneous inclusion of some exhibit pages. Plaintiff has

now more carefully reviewed these documents and corrected these errors. Copies of the corrected Opposition to Defendant's Motion for Summary Judgment, Response to Defendant's Proposed Findings of Fact, and Plaintiff's Proposed Findings of Fact, with the supporting exhibits, are attached.

Accordingly, Plaintiff brings this motion for leave to file these corrected pleadings, which will provide the Court and opposing counsel with more accurate citations and exhibits. The corrections in these pleadings are solely to citations and exhibits, and do not alter any of the substantive arguments made in Plaintiff's original filing.

To allow Defendant adequate time to respond to these corrected pleadings, Defendant has requested an enlargement of time until December 21, 2007, to file its response. Plaintiff has no objection to Defendant's request.

Plaintiff has conferred with counsel for Defendant, who has no objection to this motion, provided the date for Defendant's response is extended to December 21, 2007.

Accordingly, Plaintiff respectfully requests this Court to grant its Motion for Leave to File the attached Corrected Opposition to Defendant's Motion for Summary Judgment, Corrected Response to Defendant's Proposed Findings of Fact, and Corrected Plaintiff's Proposed Findings of Fact, with the supporting exhibits, in the above-captioned matter.

Respectfully submitted,

s/ Roger J. Marzulla____

Roger J. Marzulla
Gregory T. Jaeger
Marzulla & Marzulla
1350 Connecticut Avenue
Suite 410
Washington, D.C. 20036
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Dated: November 30, 2007

Counsel for Plaintiffs