
Tin Can Hill
Alta Road
Otay Mesa Road
2006
314 Feet
11-7-06
BC-4
2005
2000
1993
2006
674 Feet
2001
1722 Feet
GAP
70'-80'