UNITED STATES COURT OF FEDERAL CLAIMS

OTAY MESA PROPERTY L.P.,
et al.,

Plaintiffs, CASE NO. 06-167L
vs. 06-1670
06-1671

UNITED STATES,
Defendant.
______________________/

DEPOSITION OF STEVEN KEAN
Taken at Chula Vista, California
February 20, 2007

Reported by Tatiana A. Kouprianova - RPR, CSR
Certificate No. 11759

It'd be difficult for me to answer that. But the fence continued to be constructed from, to the best of my recollection, the San Ysidro Port of Entry, going eastward, toward the Otay Mesa Port of Entry, and continuing eastward from there to Otay Mountain.

Q. Was there any cause-and-effect relationship between the construction of the primary border fence eastward and the movement of the San Diego sector of the Border Patrol's activities eastward?

A. I don't understand the question.

Q. Okay. Was there any connection between the fact that the fence was being extended eastward and the Border Patrol activities were also being extended eastward?

A. I don't know.

Q. Do you think it was just a coincidence?

MS. COOK: Objection. Calls for speculation.

BY MR. MARZULLA:

Q. You may answer. She'll do that occasionally. You can go ahead and answer.

A. Repeat the question.

Q. Do you think it was merely a coincidence that the fence was being extended eastward and the Border Patrol activities were being extended eastward?

A. I think it was part of a controlled effort to

bring more and more operational control over the border in this region, especially in the area between the Pacific Ocean and Otay Mountain, which accounted for a huge number of illegal entries into the United States.

Q. Okay. Could you explain a bit what you mean by the -- I think your phrase was "operational control," "expanding operational control." What do you mean by that?

A. Well, to gain control over the border, over the number of persons that are entering the country illegally, and our ability to be able to prevent their entry.

Q. Right. Is it your testimony that there was more activity in the eastern portion of the San Diego sector during the latter half of the 1990s?

A. I believe at the time there was more activity in the western portion, but eventually, during the 2000s, it shifted over to the eastern portion, from Otay Mountain to the east.

Q. Right. And why did that -- well, first of all, are you talking about the activity of the Border Patrol or the activity of the illegals trying to cross the border?

A. The illegals trying to cross the border.

Q. Right. What caused the shift in illegal activity from the western area further east?
A. I believe it was the additional staffing and scopes that were brought into the sector to be able to monitor the border and make apprehensions.
Q. Okay. What is a scope?
A. It's a night-vision scope, to be able to see during the night. It uses thermal images to identify heat signatures.
Q. Uh-huh. And are these actually used by an individual, like a spyglass or binoculars?
A. It's more like a large camera, used by an individual operator.
Q. Okay. Is it a remote camera, or is it one that's actually held or controlled by a person who is right there with the camera?
A. It's mounted either on a tripod or in the back of a pickup truck and operated by a person.
Q. Okay. Could you describe for me a little bit, if you would, with a little bit of detail, how operations changed during this time period from, say, the mid-1990s into the 2000s. What was different?
A. Well, again, it was largely staffing. We brought in additional agents into the border. We put them where the aliens were crossing the border, which

is the 14 miles from the Pacific Ocean to the Otay Mountain. And we concentrated our efforts there, where the illegal entries were occurring. As a result of that, the illegal entries shifted over to the east of the Otay Mountain, and we began staffing up in the east side of the Otay Mountain, as well, in order to control those entries.

Q. Had the entries decreased toward the ocean, in the western portion of the sector?

A. I don't have those specific numbers now, but I have a recollection, and my sense is that yes, they did decrease. You know, over the '80s, or the '90s, the apprehensions actually increased considerably and then tapered off towards the end of the '90s and into the 2000s. But eventually, yes, the number of entries occurring on the western half of the sector decreased.

Q. And at the same time, did the pressure of illegal entry increase in the eastern part of the sector?

A. Yes. From Otay Mountain to the east. Yes.

Q. Okay. How did the Border Patrol respond to this increased pressure in the eastern portion of the sector?

A. By assigning more agents to those stations that are responsible for it.

KYDDLFNRD-something-something.

MR. MARZULLA: Right.

MS. COOK: So it's not coded like the other maps, Roger.

BY MR. MARZULLA:

Q. Do you know who prepared that map?

A. I believe it was Wayde Raul.

MS. COOK: But you did the highlighting?

THE WITNESS: I didn't do the highlighting, either. Mike Hans might have done the highlighting. I don't know. This map was given to me to illustrate the primary route to Otay Mountain, which is now gated, as well as the secondary route that we use to access Otay Mountain.

BY MR. MARZULLA:

Q. Has the Border Patrol constructed any roads that are shown on that map?

A. Yes. The one in Otay Mountain.

Q. What color is that one?

A. It's in pink.

Q. In pink. The Border Patrol constructed that road?

A. Well, it was an existing road, and we upgraded it with what's called ligment.

Q. What is ligment?

A. It's like gravel and -- I think it's sap, that's used as the glue to create a hard surface.

Q. Okay. Has the Border Patrol constructed other roads that are shown on that map?

A. I don't know that we've constructed these roads, but they were existing agricultural roads, that have been maintained over the years.

Q. Who has maintained them?

A. We have maintained them.

Q. What kind of surface do those roads have?

A. They are dirt.

Q. How have you maintained them?

A. Primarily driving our vehicles on them. We'd bring a grader out every now and again, and we'd grade them.

Q. Okay. So you've graded and maintained the roads shown in what color on Exhibit 2?

A. Orange. But I think the grading operator would be the one more appropriate to come in and speak about what roads have been graded and maintained by us, because I don't know.

Q. I understand. But you at least recognize that there's some roads on Exhibit 2 that are graded and maintained by the Border Patrol?

A. I don't know if these specific roads have been

graded and maintained by us, or if we just utilize them. I can't answer that.

Q. Who gave you this map?

A. I believe Mike Hans gave me this map.

Q. So perhaps he will know a little bit more about this map?

A. He may.

Q. Okay. Counsel did indicate at the beginning of your deposition that you knew something about the Otay Truck Trail. Would you please describe what you know about that trail and how it's used.

A. Otay Truck Trail expands the length of Otay Mountain, starting near Alta Road, continuing up and over the mountain, and exiting on the east side of the mountain, at Marron Valley.

Q. How does the Border Patrol use Otay Truck Trail?

A. On our daily patrols.

Q. And is that the daily patrols that you described of the mountain and trying to keep illegals from using it?

A. Yes.

Q. Is it used for access, as well, to the lands to the west of the mountain?

A. No. It's used for access to Otay Mountain