IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OTAY MESA PROPERTY L.P., et al.,

Plaintiffs,

vs. CASE NO. 06-167 L
06-1670
UNITED STATES, 06-1671

Defendant.

________________________________/

DEPOSITION OF ALEX ROOZEN
Taken at Chula Vista, California
Thursday, February 22, 2007

Reported by Shirley J. Swenson, CSR, RPR
Certificate No. 3493

A. To provide light in the immediate border area.
Q. And was that so that you could see the fence for anyone crossing the border more easily?
A. Well, I think it was more of a psychological deterrent that there's lights there and that someone could see them. The lights only worked in that (indicating) immediate area.
Q. Okay.
MS. COOK: Counsel, you need to try to phrase your questions so they're not leading.
MS. NEL: Okay.
MS. COOK: Because that is an objection that goes to the form, and you'll also get better information.
MS. NEL: I'm sorry.
Q. Could you repeat what you said, please?
A. Which part?
Q. You don't remember?
A. I'm --
Q. What was the purpose of having the floodlights in that area?
A. To -- it's a deterrent so when they pop over the fence, they look and see it, and it appears that the border is lit up.
Q. During the time that you were patrolling, did

you find that that made a difference as far as the number of people crossing the border?

A. I have no idea if that actually worked or not.

Q. Did you ever encounter any property owners while you were patrolling on those properties?

A. No.

Q. Did you ever use the Otay Truck Trail?

A. Yes.

Q. What did you use that for?

A. Same thing, line watch operations. If you were assigned up on the Otay Mountain, that was the main thoroughfare to get up there.

Q. And how often did you drive up there?

A. On the ATV unit?

Q. Just in general.

A. Whenever I was assigned. Same thing, once or twice a week.

Q. How did you access the Otay Truck Trail?

A. Through the Kuebler's Ranch, wherever that is. I guess that's Parcel 11.

Q. So you drove through Parcel 11 to get to the Otay Truck Trail?

Is that what you're saying?

A. Let me see here. Yes, I would drive through Parcel 11 to access the Otay Truck Trail.

Q. Let me show you Exhibit No. 2.
A. Okay.
Q. Does this look familiar, this area?
A. Yes.
Q. And is that the Otay Truck Trail in pink?
A. Yeah. I would consider this part (indicating) up to here (indicating) the Truck Trail, just as far as what we commonly refer to it. As far as when we start going up the hill, that's when we start calling it the "Truck Trail."
Q. From this (indicating) point --
A. Yes.
Q. -- in this (indicating) direction?
A. That's it.
MS. COOK: You're going to need to identify "this point" and "this direction" on the record.
BY MS. NEL:
Q. How would you like to identify that?
MS. COOK: The record should reflect that when the witness was pointing and saying "this point," he was pointing to --
MS. NEL: Do you want to mark it?
MS. COOK: Well, the simple fact is the entire thing is known as the Otay Truck Trail. I don't think it's an area of dispute in this case, so you can decide

how important the point is and how many marks you want to get on your exhibit, but since some of these roads don't have names on them, I don't know how else to identify them for the record.

BY MS. NEL:

Q. Well, is it correct that you're pointing at this pink area (indicating) where the yellow highlighter intersects --

A. Yes.

Q. -- moving, I guess, east?

A. (Witness nods head.)

Q. And how did you access that point?

A. From Alta Road right here (indicating), there's another road here (indicating), I guess, this pink one --

Q. Okay.

A. -- where it says "primary routes" and "new gate." You go around there -- or not around there, but through there and up to the Truck Trail.

Q. Okay. Did you ever access the Truck Trail in the pink through this (indicating) yellow highlighted area below?

A. Rarely, but, yes.

Q. And what about these areas where it says "new gate" on the map?

A. The first one to the south on Alta Road, not very often. The one to the north of Alta Road that says "new gate" was the most frequent.

Q. And was there a gate there when you were accessing that road, the Otay Truck Trail?

A. Up until a certain -- I guess within the last year, there was -- I don't know if there was a gate there, but if it was, it was always open.

Q. And then what happened?

A. The gate was shut or put up or -- I don't know how you want to --

Q. And then how did you access the Truck Trail after that?

A. We had to go around this road right here (indicating), the orange road. There's -- well, there's another road here (indicating) that's missing, a paved road, but we would cut across, hit this road (indicating) where the steel towers are.

Q. Right.

A. It cuts across. This road (indicating) comes up and hits the Truck Trail right here (indicating).

Q. So you would come back to that orange area from Alta Road by a paved road.

Is that correct?

A. Yes. This doesn't look like it, but, yeah,