# In the United States Court of Federal Claims

No. 06-877L
(Filed: December 3, 2007)

*************************************
D & D LANDHOLDINGS, *
a limited partnership, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

**ORDER**

On November 30, 2007, plaintiff filed an Unopposed Motion for Leave to File Corrected Motion ("motion"). In its motion, plaintiff requests leave to file corrected copies of the filings it originally submitted to the court on November 21, 2007. Specifically, plaintiff represents that its Opposition to Defendant's Motion for Summary Judgment, Response to Defendant's Proposed Findings of Fact, Plaintiff's Proposed Findings of Fact, and accompanying exhibits contained several citation errors that it wishes to correct at this time. Plaintiff appended corrected versions of these filings to its motion.

Plaintiff represents that defendant does not oppose its motion, provided that defendant is given until December 21, 2007, to file its response to plaintiff's corrected pleadings. Although defendant's response is currently due December 14, 2007, the court determines that defendant's request is not unreasonable. **Accordingly, the court grants plaintiff's motion and directs the Clerk of the Court to file plaintiff's motion and accompanying pleadings, document #44, by its leave. Defendant shall file its response no later than Friday, December 21, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge