# In the United States Court of Federal Claims

No. 06-877L
(Filed: December 3, 2007)

```
***********************************
D & D LANDHOLDINGS,               *
a limited partnership,            *
                                  *
              Plaintiff,          *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

In its order dated December 3, 2007 ("Order"), the court granted plaintiff's Unopposed Motion for Leave to File Corrected Motion and directed the Clerk of the Court to file plaintiff's motion and accompanying pleadings by its leave. The Clerk's office, however, is unable to separately file the documents plaintiff attached to its electronic motion. **Accordingly, plaintiff shall file its Corrected Opposition to Defendant's Motion for Summary Judgment, Corrected Response to Defendant's Proposed Findings of Fact, and Corrected Plaintiff's Proposed Findings of Fact, with supporting exhibits no later than Tuesday, December 4, 2007. Defendant's deadline to file its response, which the court set in its Order as no later than Friday, December 21, 2007, remains unchanged.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge