IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, Plaintiff, v. UNITED STATES, Defendant. | No. 06-877 L<br>Hon. Margaret M. Sweeney |

DECLARATION OF CURTIS J. WEATHERRED III

I, CURTIS J. WEATHERRED III, declare as follows:

1. I am presently employed by the United States Customs and Border Protection (CBP), a bureau of the Department of Homeland Security, as a Border Patrol Agent. From July 20, 1997, to March 1, 2003, I was employed by the United States Border Patrol.

2. As a Border Patrol Agent, my official duties have required me to conduct Border Patrol operations, which include the detection and prevention of the illegal entry and smuggling of aliens and contraband into the United States. During the course of my duties, I have also gained a familiarity with the seismic intrusion sensors use by CBP in the San Diego Sector.

3. Seismic intrusion sensors are one of the law enforcement tools used by the San Diego Sector Border Patrol to detect illegal alien foot traffic in undeveloped areas

adjacent to the international border. They are utilized as a patrol tool; the use of sensors reduces the number of agents that are necessary to effectively patrol a particular area by reducing the number of agents that need to be on property in order to effectively patrol it. Sensors are an extremely effective and useful tool; indeed, the majority of apprehensions are made as a result of sensor alerts.

4. A sensor is buried in the ground with only the antenna exposed above ground. The antenna sticks up above the ground approximately 1 foot. The sensor is positioned so that the antenna is camouflaged in some manner appropriate to the immediate surroundings.

5. When a sensor detects seismic action, it transmits a signal to the dispatch center. A dispatcher then decodes the location of the triggered sensor and notifies Border Patrol agents so they may respond.

6. Each sensor represents a significant monetary investment to the Border Patrol, so when the property on which a sensor is located is commercially developed, the sensor is moved to another location.

7. Some sensors are left in place for many years along paths that are regularly used by illegal entrants because of ease, safety or speed of passage; other sensors are moved regularly in response to changes in illegal entrant traffic patterns.

8. Sensors have been used by the Border Patrol as part of their law enforcement activities since the 1980s. Beginning in 1994 with Operation Gatekeeper, the number of sensors being deployed was dramatically increased.

9. As part of its efforts to deter and detect illegal entries into the United States, the Border Patrol placed two seismic intrusion sensors on Parcel 10 in September,

2004.

10. At present there are approximately 30 sensors located in Zones 17 and 18.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2007.

CURTIS J. WEATHERRED III

Wd418410