IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OTAY MESA PROPERTY L.P., et al.,

Plaintiffs,

vs. CASE NO. 06-167 L
06-1670
UNITED STATES, 06-1671

Defendant.

_________________________________/

DEPOSITION OF BEN DAVIS
Taken at Chula Vista, California
Thursday, February 22, 2007

Reported by Shirley J. Swenson, CSR, RPR
Certificate No. 3493

in 17 or 18.

Q. Okay. How about the parcels up north on that map? I think that's 8 through 12.

A. So 8 through 12 --

MS. COOK: What's your question with respect to those parcels?

BY MS. NEL:

Q. Any gates that you encountered?

A. I believe maybe a year ago, there was a gate put up by Kuebler's Ranch. My time could be off.

Q. And how did that affect your patrolling?

A. We had to use an alternate ingress or egress.

Q. Okay.

A. An alternate way to go into the mountain.

Q. Was that on the Otay Truck Trail?

A. The Otay Truck Trail would go by Kuebler's Ranch, and when they put the gate, we had to go around and use -- I don't remember the name of the road, but it's south of Kuebler's Ranch. It's where they're building a -- I'm not sure what it is. I think it's some kind of a power plant or a supply plant or something.

Q. Okay.

A. We would take an alternate route.

Q. Let me show you Exhibit No. 2.

A. Okay.
Q. Do these roads look familiar to you at all?
A. Let me see. Which ones? They're all familiar to me.
Q. They are?
A. Yes.
Q. Which route did you travel on the Otay Truck Trail?
A. Okay. Well, there's only one route on the Otay Truck Trail.
Q. And how did you access that?
A. We used to access it through Kuebler's. I'm not sure. Right here (indicating) where it says "new gate."
Q. Over here (indicating)?
A. Yeah, it says "new gate" (indicating).
Q. Okay.
A. We would access it through this gate right here (indicating), and we would go right where it's -- we would go north and then follow the pink line (indicating).
Then they put a gate there (indicating) and there (indicating). We then would, I imagine, access it through this orange line (indicating).
Q. Okay.

A. Yeah, because this is -- yeah, I believe we used to access it through here (indicating), and then we went around here (indicating).
Q. On the orange?
A. Yes.
Q. Did you ever drive on any roads up here (indicating) on the yellow highlighted portion to access the Truck Trail?
A. Well --
Q. It's just this small highlight right here (indicating).
A. The yellow?
Q. Yes.
A. I believe so.
Q. When did you do that?
A. In the past off and on.
Q. Was there --
A. I couldn't tell you the dates.
Q. Was there a road there?
A. I can't see on the map if there's a road there, but I've only driven on roads. I wouldn't have driven in this (indicating). If there's not a road, I wouldn't have driven cross-country, so --
Q. Okay.
A. If this (indicating) highlight is a road, then