**UNITED STATES COURT OF FEDERAL CLAIMS**

**(E-Filed: December 21, 2007)**

| | | |
|---|---|---|
| **D & D LANDHOLDINGS, a limited partnership,** | ) | |
| **Plaintiff,** | ) | **No. 06-877 L** |
| **v.** | ) | |
| **UNITED STATES,** | ) | **Hon. Margaret M. Sweeney** |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR LEAVE OF COURT**
**TO FILE A CORRECTED VERSION OF EXHIBIT D-1**
**AND TO FILE EXHIBIT D-25**
**TO DEFENDANT'S MOTION TO DISMISS**
**OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Defendant UNITED STATES respectfully moves this Court for leave of Court to file a corrected version of Exhibit D-1 and to file Exhibit D-25 to its Motion for Summary Judgment filed October 26, 2007. Plaintiff does not oppose this motion.

Defendant filed its Motion to Dismiss Or In The Alternative For Summary Judgment on October 26, 2007. In the process of electronically filing the exhibits, two errors occurred:

1. With respect to Exhibit D-1, a duplicate of Exhibit D-11 (Map of Parcel 10) was filed instead of Exhibit D-1 (Map of All Parcels); and

2. Exhibit D-25 (Photograph of Sensor Unit) was unintentionally skipped during the filing process.

Counsel for Defendant has conferred with counsel for Plaintiff, who advises that Plaintiff has no objection to the granting of this motion.

Accordingly, Defendant respectfully requests that the Court grant this motion for leave to file a corrected version of Exhibit D-1 and to file Exhibit D-25, both related to Defendant's Motion to Dismiss or in the Alternative For Summary Judgment filed October 26, 2007.

Dated: December 21, 2007.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook

SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorneys for Defendant

428726.1