

Kuebler's Ranch
1425 Scope Site
Windmill Canyon
Bureau of Land Management
11
9
8
7
2-1 Water Tank
1456 Scope Site
SDC Zone 18
ALTA
Murphy's Bowl
6
OTAY MESA
Old & New
Alta Grove
10
2
25 Saddle
4
SDC Zone 16
5
644 Trap
Goldmine Draw
3
Well Draw
SDC Zone 17
1
Johnny Wolf's Draw
3 Cross Draw
Tin Can
670 Hump
N
0 0.1 0.2 0.4 0.6 0.8
Miles