
U.S. PROPERTY OF GOVERNMENT