

1998
PARCEL I0

N