

N

2006
PARCEL 10