**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **D & D LANDHOLDINGS,**<br>**a limited partnership,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 06-877 L**<br><br>**Hon. Margaret M. Sweeney** |

**SECOND DECLARATION OF JANEL D. FRITH**
**IN SUPPORT OF ADMISSION OF**
**DEFENDANT'S EXHIBITS D-12(a)-(c), D-13(a)-(c), D-16, and D-17**
**AS SUMMARIES PURSUANT TO FEDERAL RULE OF EVIDENCE 1006**

I, JANEL D. FRITH, declare under penalty of perjury that the following is true and correct:

1. I am presently employed by United States Customs and Border Protection (CBP) as an Intelligence Research Specialist. Prior to becoming an Intelligence Research Specialist with Border Patrol in January 2001, I was an Immigration Inspector for the Immigration and Naturalization Service from April 1996 to January 2001.

2. As an Intelligence Research Specialist my official duties include the monitoring of data relating to the apprehension of illegal entrants within the area of responsibility of the San Diego Sector Office of the Border Patrol.

3. At present, on a nationwide basis the Border Patrol is divided into "sectors." Under each sector is a number of "stations." In turn, each station is responsible for different enforcement "zones."

4. The main administrative database currently maintained by the Border Patrol is called

the Border Patrol Enforcement Tracking System ("BPETS"). This database contains data relating to apprehensions, staffing, and other Border Patrol administrative matters. The Border Patrol began using BPETS in 1996.

5. For case management functions, the Border Patrol utilizes a database and computer system called ENFORCE. Among other things, ENFORCE is used to handle the processing of illegal aliens and related information. Data concerning apprehensions in input into ENFORCE as those apprehensions occur, and the ENFORCE system generates the paperwork necessary to process the illegal aliens for return to Mexico or other disposition.

6. Every three hours, the data that has been collected in ENFORCE is downloaded to BPETS.

7. Both BPETS and ENFORCE are nationwide systems that are used by all Border Patrol offices.

8. From the early 1990s to 2003, apprehension data were maintained in a database called Government Performance and Results Act ("GPRA"). GPRA information can still be accessed from the compact discs upon which it is stored. Thus, the Border Patrol is still able to obtain and analyze historical apprehension data.

9. Prior to Fiscal Year 1999, the Border Patrol maintained its apprehensions data by sector and station because enforcement "zones" had not yet been created. In Fiscal Year 1999, the Border Patrol created administrative enforcement "zones" and thereafter began also recording apprehension data by zone.

10. Beginning in Fiscal Year 2003, the Border Patrol began phasing in the addition of geospatial coordinates to the apprehension data. For Fiscal Years 2003 and 2004, latitude and

longitude have been added to some, but not all, of the data entries. Beginning with Fiscal Year 2005, all apprehension event data has latitude and longitude coordinates associated with the data entry.

11. The apprehension data maintained by the Border Patrol in its BPETS, ENFORCE, and GPRA systems are so voluminous that they could not be conveniently examined in court. As discussed above, the apprehension data comprise hundreds of thousands of files that are maintained on large computers.

12. I prepared several summaries of the administrative data maintained by the Border Patrol for purposes of the filing of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and Memorandum in Support Thereof. Those summaries include:

(a) Exhibit 12(a), Chula Vista (Station) Apprehensions by Fiscal Year, 1992-2007. Exhibit 12(a) summarizes the number of apprehensions made by the Chula Vista Station of the Border Patrol by fiscal year. The responsibility for patrolling Zones 17 and 18 was reassigned to the Chula Vista Station almost exactly halfway through Fiscal Year 2004, which contributed to the increase in apprehensions shown for the Chula Vista Station in Fiscal Years 2004 and 2005. Prior to the reassignment, Zones 17 and 18 had been patrolled by the Brown Field Station.

(b) Exhibit 12(b), Brown Field Apprehensions by Fiscal Year, 1992-2007. Exhibit 12(b) summarizes the number of apprehensions made by the Brown Field Station of the Border Patrol by fiscal year.

(c) Exhibit 16, Zone Apprehension Trend Analysis by Fiscal Year, FY1999-

FY2006 (partial year) is a graph which depicts apprehension numbers for the listed fiscal years for Zones 16, 17 and 18 in linear fashion, and all zones in bar graph format.

(d) Exhibit 17, Border Patrol Apprehensions FY2000 - FY2007 is a chart which provides the number of apprehensions by Border Patrol Sector for Fiscal Years 2000 through 2007. The first nine sectors listed on Exhibit 17 are on the southwest border. ("ELC" is the El Centro Sector, "SDC" is the San Diego Sector, "TCA" is the Tucson Sector, and "YUM" is the Yuma Sector.)

13. The statistical summaries listed above accurately summarize the voluminous underlying apprehensions data that is maintained by the Border Patrol as an official public record.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 21, 2007.

Janel D. Frith

JANEL D. FRITH