UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| D&D LANDHOLDINGS,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | ) | No. 06-877 L<br><br>Hon. Margaret M. Sweeney |

DECLARATION OF JUANELL BOTTROFF

I, JUANELL BOTTROFF, declare:

1. My name is JUANELL BOTTROFF, and I am the Paralegal Specialist in the Assistant Chief Counsel's Office with the United States Customs and Border Protection, Border Patrol, San Diego Sector Headquarters in Chula Vista, California.

2. I have been employed at San Diego Sector Headquarters of the United States Border Patrol since April 5, 1992 in the Counsel's Office.

3. Since April of 1992, I have been the initial contact in the Assistant Chief Counsel's Office (formerly known as the Sector Counsel's Office until March 1, 2003) for all claims against the government filed under the Federal Tort Claims Act.

3. In the normal course of business, I have maintained a database of federal tort claims filed against the San Diego Sector, United States Border Patrol under the Federal Tort Claims Act since 1992.

4. I have thoroughly searched through the records I have maintained as the initial contact for all federal tort claims filed against the Border Patrol through San Diego Sector Headquarters.

5. I have thoroughly checked through the records of the Chief Counsel's Office in a national database for any tort claims against the Border Patrol by International Industrial Park, Inc., D&D Landholdings, Roque de la Fuente, and David Wick.

6. I have checked with the Chief Counsel's Office for Immigration & Customs Enforcement within the Department of Homeland Security located at Laguna Niguel, California, which was the former Regional Counsel's Office for the Immigration & Naturalization Service up until March 1, 2003 and a thorough search was made of their federal tort claim database and a hand search made of hard copy files dating back to 1999 and up to March 1, 2003.

7. No federal tort claims were found relating to International Industrial Park, Inc., D&D Landholdings, Roque de la Fuente, or David Wick in the National Customs and Border Protection Chief Counsel's database of all open cases from March 1, 2003 to the present date.

8. No tort claims were found relating to International Industrial Park, Inc., D&D Landholdings, Roque de la Fuente, or David Wick in the files and database maintained by the Chief Counsel's Office in Laguna Niguel, California, formerly the Regional Counsel's Office of the Immigration and Naturalization Service.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 19th day of December, 2007, at Chula Vista, California.

Juanell Bottroff

JUANELL BOTTROFF
Paralegal Specialist
CBP/Assistant Chief Counsel's Office
San Diego Sector Headquarters
United States Border Patrol