UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D&D LANDHOLDINGS,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 06-877 L<br><br>Hon. Margaret M. Sweeney |

DECLARATION OF SILVESTRE M. VASQUEZ

I, SILVESTRE M. VASQUEZ, declare:

1. I entered on duty with the United States Border Patrol on November 25, 1984. I was promoted to Supervisory Border Patrol Agent on June 16, 1991. I have been assigned to the Imperial Beach Border Patrol Station and am currently detailed to the San Diego Sector Critical Incident Investigative Team. The Critical Incident Investigative Team (CIIT) is tasked with the responsibility of conducting investigations involving assaults on federal agents, agent-involved shootings and major Agency-involved collisions.

2. I have been with CIIT since its inception on September 24, 1987 and am currently a team supervisor. I have conducted investigations and have supervised the investigation of incidents conducted by CIIT.

3. On Tuesday, December 11, 2007, I checked CIIT records for incidents involving Border Patrol Agents discharging their firearms in the property identified as parcel 10. The records checked were from January 1, 1999 to December 11, 2007. Of all the records checked covering the said time period, none involved Border Patrol Agents

discharging their firearms in the mentioned property. I was unable to locate one file concerning the discharge of a firearm by a Border Patrol Agent. This incident, which occurred on February 13, 2000, involved an injured cow euthanized by an agent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of December, 2007, at San Ysidro, California.

SILVESTRE M. VASQUEZ