**U.S. Department of Justice**
Immigration and Naturalization Service

# INS FIREARMS POLICY

01 March 2002

NFU web site http://10.49.49.40

11. Reporting of Shooting Incidents

A. Any Service employee who participates in or observes a reportable shooting incident, as defined in Subsection 3.H., shall orally report the incident to a supervisor. Unless the reporting employee is physically incapacitated or otherwise unable, the report shall be made within one hour of the time the incident occurs or within one hour of the time the employee becomes aware of the incident. If the incident occurs while the employee is on duty, the employee must report the incident prior to going off duty. The oral report shall be made either in person, or via radio or telephone, and will be comprised of the following information, if known:

(1) The date, time, and location of the shooting incident;

(2) The identity and current location of any injured or deceased person(s), including an assessment of the extent of the injuries;

(3) The identity, physical description, and current location of any individual(s) known to be involved in, or to have witnessed the incident, including suspects who are at large;

(4) The description and location of vehicles involved in the incident, including any suspect vehicle(s);

(5) A brief description of the incident, including any unusual circumstance(s) which might cause additional conflict(s) or confrontation(s);

(6) The operational activity in which the Service employee(s) involved in the incident were engaged;

(7) The type of firearm(s) used, the number of shots fired, and the current location of all firearms used in the incident;

(8) Any other information that is needed to assure that the operational responsibilities of the Service related to the security of human life and Service equipment are properly carried out.

B. Following the initial reporting of the incident, an employee who learns of additional information concerning the items listed in Subsection 11.A.(1)-(8) shall promptly make an oral report of such information to a supervisor.

C. Any supervisory or management official who is notified of the occurrence of a reportable shooting incident shall make an initial supervisory report to the appropriate Authorizing Official in accordance with the following:

(1) Incidents involving personnel assigned to a District or Sector, or any subordinate office within a District or Sector, will be reported to the District Director or Chief Patrol Agent.

(2) Incidents involving personnel assigned to an office or activity which is directly under the jurisdiction of INS Headquarters, e.g., BORTAC, El Paso Flight Operations, National Firearms Unit, Service Academies etc., will be reported to the District or Sector Authorizing Official with geographic and programmatic jurisdiction where the incident occurred. The Authorizing Official to whom the report is made will have jurisdiction over the investigation and will assume responsibility as if the employee(s) involved were part of the Authorizing Official's organization.

(3) The initial supervisory report shall contain all information known about the incident and shall be made within one hour of receipt of the first employee report, and may be made orally, either in person, or via radio or telephone. Whenever practical, the report shall be made through official channels, but the report shall not be delayed when observance of the chain-of-command is impractical.

(4) Following the submission of the initial supervisory report, any supervisor or other Service management official who receives additional information regarding the incident shall report the information to the Authorizing Official as soon as practicable.

D. Any Authorizing Official who is notified of a reportable shooting incident shall report it to the appropriate Regional Director in accordance with Regional guidelines for the reporting of significant incidents and within one hour of the occurrence of the incident, or as close to that time as practical, to the INS Command Center at (202) 616-5000. The report should contain all information known about the incident at the time.

(1) In any shooting incident where there is a death, serious injury, evidence of criminal misconduct by a Service employee, or an allegation of criminal misconduct by a Service employee, the Authorizing Official shall ensure that the incident has been reported to the law enforcement authorities having jurisdiction.

(2) Until the incident is resolved, the Authorizing Official shall be responsible for responding to requests for information about the incident from the public, the media, and other agencies with a "need to know" after coordinating such information releases with the appropriate Office of Press Information.

(3) Following the initial report of the incident and during the Service investigation, the Authorizing Official shall ensure that copies of all investigative reports, any other pertinent documents and copies of all printed and televised media reports are provided to the appropriate Regional Director and to the Office of Internal Audit.

(4) Upon completion of the local Service investigation of the incident, and prior to the initiation of any disciplinary action(s), the Authorizing Official shall send a copy of the proposed final report to the Office of Internal Audit for preparation and submission to the Shooting Incident Review Committee (SIRC). The Authorizing Official shall delay the initiation of disciplinary action until the recommendation of the SIRC is received.

(5) The Authorizing Official shall also provide a written report of the final disposition of the incident to the Office of Internal Audit.

E. Upon receipt of a report of a shooting incident, the INS Command Center will immediately notify the Office of Internal Audit (HQOIA).

F. The Office of Internal Audit shall evaluate the initial report of the incident, contact the Authorizing Official to confirm receipt of the report, and notify appropriate Headquarters and Department of Justice offices.

G. Following receipt of the Authorizing Official's final report of the Service investigation of a reportable shooting incident, the Office of Internal Audit shall provide a copy to the National Firearms Unit for permanent retention. The NFU shall be immediately informed by the OIA of any incident that involves officer safety.

12. Investigation of Reportable Shooting Incidents

A. Authorizing Officials

(1) In any incident where a law enforcement agency other than INS has the primary investigative jurisdiction, the Authorizing Official shall ensure that only the following actions are taken until contact with the responsible law enforcement agency has been made:

(a) Collect and report shooting incident information in accordance with Subsection 11;

(b) Ensure that medical attention is provided for any individual injured;

(c) Preserve the shooting incident scene and all relevant evidence;

(d) Identify witnesses; and,

(e) Exchange information with other law enforcement investigative agencies and advise them of the desire of the INS to maintain liaison during the investigation.

(2) Following contact with the law enforcement agency with primary investigative jurisdiction, the following actions will be taken: (In any incident where INS has the primary investigative jurisdiction, or the law enforcement agency with primary jurisdiction has relinquished it to the INS, these actions will be taken immediately.)

(a) The Authorizing Official is responsible for the completion of a local Service investigation of the incident. In incidents involving personnel from more than one Service jurisdiction, the responsibility to conduct the investigation shall be agreed upon among all Authorizing Officials with officers involved in the incident.

(b) The Authorizing Official shall immediately notify the Immediate Subordinate Official of the incident and direct that he or she initiate the local Service investigation of the incident.

(c) The local Service investigation of the incident is intended to determine the following:

(i) Were the actions of all Service employee(s) involved in the incident appropriate and in accordance with this policy and other Service and Department of Justice guidelines?

(ii) Are there any factors which may indicate criminal misconduct by any Service employee(s)?

(iii) Are there any factors which should be referred to the INS General Counsel concerning potential litigation?

(iv) Are there any factors which indicate a need for a change in this policy or any other policy or guideline, or change in training or equipment, or which may be useful as a training aid for other Service employees?

(3) Upon completion of the local Service investigation of the incident, the Authorizing Official shall review the proposed final investigative report and, if applicable, reports prepared by other law enforcement agencies, and the proposing official's recommended disposition of the incident. Upon acceptance of the report and the proposed disposition, the Authorizing Official shall send the original to the OIA in accordance with the instructions contained in Subsection 11.D(5).

B. Immediate Subordinate Officials

(1) Upon notification that a reportable shooting incident has occurred and that an investigation has been directed by the Authorizing Official, the Immediate Subordinate Official shall:

(a) Open a file on the incident, obtain an incident tracking number from the OIA, and comply with the other instructions contained in Appendix 3 and/or the INS Shooting Incident Investigation Manual.

(b) Assign at least two investigating officers, as defined in Subsection 4.F.(5), to conduct the local Service investigation of the incident. No investigating officer who has a conflicting relationship with the involved employee(s) shall be assigned to the investigation.

(c) Direct that the investigating officers respond to the scene of the incident as soon as possible and initiate the investigation.

(d) Ensure that when any bargaining unit employee is compelled by or through the Agency to provide any information that could reasonably lead to disciplinary action against him or her (other than the initial verbal notification outlined herein), he or she is advised in writing of his or her right to Union representation in accordance with the applicable provisions of the law and the governing Collective Bargaining Agreement. Under normal circumstances, the decision by a bargaining

unit employee to obtain Union representation prior to providing the requested report or statement shall not delay the employee's response longer than 48 hours, as set forth in the Collective Bargaining Agreement.

(e) Ensure that supervisory or investigative officers involved in the local INS investigation of the shooting incident are aware that any information provided by any employee under threat of disciplinary action by the Service or through any other means of coercion cannot be used against such employee in any type of action other than administrative action(s) taken by the Service consistent with *Garrity v. New Jersey*, 385 U.S. 493 (1966).

(f) Direct that supervisory personnel present at the scene:

(i) Remind Service employees of their rights to Union representation and of their Constitutional protections against self-incrimination.

(ii) Ensure that all Service employees who are involved in the incident have been identified and advised that they will be interviewed by the investigating officers and that they are to remain on duty until the initial interview has been completed or they are released by a supervisor. (If the interview cannot be conducted within a reasonable period of time or the employee is physically or mentally unable to participate in the interview, the Immediate Subordinate Official shall direct the necessary rescheduling for this requirement.) Employees directed to remain on duty shall be compensated under the appropriate overtime statute for all hours beyond the end of their scheduled shift.

(g) Ensure that supervisory personnel or INS investigating officers are aware that employees involved in a shooting incident shall not be required or allowed to submit a written statement of the circumstances surrounding the incident. All written statements regarding the incident shall be prepared by the local INS investigating officers and shall be based upon an interview of the INS employee.

(h) Assume on-scene responsibility for media contacts and prevent media disruption of Service personnel who are present.

(2) Within one hour of the arrival of the Service's investigative team at the scene of the incident, the Immediate Subordinate Official shall provide the Authorizing Official with a preliminary report of the status of the situation, including updated information regarding the condition of injured persons and the employee(s) involved in the incident.

(3) Upon completion of the Service's investigation of the incident, the Immediate Subordinate Official shall ensure that a single, consolidated report of the incident is prepared by the investigating officers.

13. Service Personnel Involved in a Shooting Incident

A. When a Service officer's reportable use of a firearm, as defined in Subsection 3.H., either on or off duty, results in death or serious injury to a person, the officer shall immediately be placed on Administrative Leave with pay and/or regularly scheduled days off for three consecutive calendar days in order to participate in a confidential debriefing conducted by a counselor from the Employee Assistance Program (EAP). If periods of EAP counseling occur on scheduled days off duty, these periods shall be compensated as directed overtime. Requests for additional administrative leave for this and other related purposes shall be granted by the Authorizing Official on a case-by-case basis. The officer shall be available to assist in the completion of the local INS investigation to the extent that this does not conflict with the terms of the applicable Collective Bargaining Agreement.

B. While on Administrative Leave following a shooting incident, those officers compensated with Administratively Uncontrollable Overtime or Law Enforcement Availability Pay shall continue to receive overtime pay and will be credited with excludable days in accordance with existing laws, government-wide regulations and Service policy.

C. The Service shall ensure that all involved officer(s) are debriefed by an EAP counselor. This debriefing is mandatory, is confidential in accordance with 42 C.F.R. Part 2, and is not part of the investigative process. Its sole purpose is to assist the employee in dealing with the traumatic incident. The EAP uses a national network of police psychologists for specialized counseling in traumatic incident cases such as shootings.

D. While the Service's internal investigation of the incident, or a criminal investigation of the incident, is being conducted, the Authorizing Official may, with the concurrence of the appropriate Regional Director, continue the officer on Administrative Leave with pay until either or both of the investigations are completed. If any such investigation lasts more than 30 days beyond the date of the shooting incident, the Authorizing

Official will provide the affected employee with a status report of the investigation(s) at 30 day intervals until the employee is returned to full duty status. The report may be oral or in writing, and will inform the employee of the status of the investigation(s) to the extent known by the Service and an estimated time of completion of the investigation(s).

E. Service officers who are involved in shooting incidents may be tested in accordance with the Service's Drug-Free Workplace Program:

(1) Reasonable Suspicion testing may be required when there are articulable facts that the shooting incident was the result of illegal drug use. The decision to direct an INS officer to report for Reasonable Suspicion Testing in accordance with the INS Drug Free Workplace Plan shall be based on articulable information, facts, and circumstances which lead supervision to believe that reasonable suspicion exists that the officer is using illegal drugs, as defined in the INS Drug Free Workplace Plan. All such determinations must be approved by a higher level of management than the level of management making the initial determination.

(2) Upon written request, an employee who has been tested for drugs in accordance with this Subsection will be provided a copy of the written justification (which may include such matters as the dates and times of reported drug related incidents, reliable/credible sources of information, and the rationale leading to the test) for such testing no later than 48 hours after the employee is sent for testing.

14. <u>Shooting Incident Review Committee (SIRC)</u>

A. The membership of the Shooting Incident Review Committee shall be comprised of the following:

(1) Director, Office of Internal Audit, or the Assistant Director for Internal Investigations;

(2) Chairperson, Firearms Review Board;

(3) The Director of the INS National Firearms Unit, or his or her Deputy;

(4) The Executive Associate Commissioner for Field Operations, or his or her Deputy; and

(5) A representative from the Department of Justice, Office of the Deputy Attorney General;

B. Meetings of the SIRC shall be scheduled to occur on the same day as the FRB meetings.

15. <u>Service Firearms Review Board</u>

A. The voting membership of the Service Firearms Review Board shall be comprised of the following:

(1) Director, Law Enforcement Support, (Chairperson);

(2) Associate Commissioner for Enforcement;

(3) Assistant Commissioners for Border Patrol, Detention and Deportation, Inspections, Intelligence and Investigations, or their Deputy;

(4) The Director of the INS National Firearms Unit, or his or her Deputy;

(5) Director, Office of Internal Audit, or the Assistant Director for Internal Investigations;

(6) The Director of the Training Division or his or her designee;

(7) The Executive Associate Commissioner, Office of Field Operations, or his or her Deputy; and

(8) A representative from the Office of the General Counsel;

B. The non-voting membership of the Board shall be comprised of the following:

(1) The Executive Secretary, who shall organize the Firearms Review Board meetings, record the minutes, and prepare reports of the meeting;

(2) One staff officer designated by each Assistant Commissioner. These officers shall comprise the Firearms Review Board Working Group.

C. The Firearms Review Board shall make decisions based on a majority vote of those members present at meetings where at least two-thirds of the voting members are present. Alternate members are allowed to vote in the absence of the primary member.

D. The Firearms Review Board shall meet on the first Thursday of each month unless there is a scheduling conflict, in which case the meeting shall be rescheduled as soon as possible. If the Chairperson is unavailable, the Director of the National Firearms Unit will act as Chairperson.

E. Voting primary members, or their alternates, are required to attend each meeting in order to make decisions affecting their program, to receive individual program assignments, and to ensure that their program's designated staff member understands and completes assignments in a timely manner.

16. <u>National Firearms Unit (NFU)</u>

A. The INS National Firearms Unit shall operate as an extension of the Firearms Review Board in overseeing the Firearms Program. The National Firearms Unit shall be directed by the Director, National Firearms Unit.

B. The National Firearms Unit shall prepare annual and periodic reports on all matters relating to the INS Firearms program. A copy of these reports will be provided to all appropriate INS offices, the National Border Patrol Council and the National Immigration and Naturalization Service Council.

17. <u>Issuance of Firearms</u>

A. Assistant Commissioners for the Enforcement Programs and Inspections are responsible for identifying the firearms that are appropriate to the mission of the Service officers within their program. A list of authorized Service-issued or Service-approved, personally-owned firearms for each job category is contained in Appendix 1B. In addition, Assistant Commissioners for the Enforcement Programs and Inspections are responsible for providing funding to the National Firearms Unit for the acquisition of Service firearms, ammunition, related equipment and supplies for their respective programs and coordinating the issuance of these items with the National Firearms Unit.

B. Based on the duty assignment, Authorizing Officials shall issue officers under their jurisdiction firearms listed for the officer's job category in Appendix 1B. Except in emergency situations, officers may decline to carry a longarm.

C. The Authorizing Official's decision on which longarms are appropriate for issuance for a particular duty assignment should be based on the performance characteristics of the firearm and cartridge, effective range or penetrating ability, environment, etc. Guidelines for longarms are provided in Appendix 4. These guidelines shall be updated periodically by the National Firearms Unit.