**OTAY MESA PROPERTY L.P. V. UNITED STATES**
**Ct. Fed. Cl. No. 06-167L**

**Defendant's Document Production Index (10/02/07)**

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| Letter to DOJ from CBP attaching documents | DHS00001 | DHS00001 | Def Initial Disclosures | 10/13/06 | |
| Brown Field Operational Plan (1997) | DHS00002 | DHS00041 | " | 10/13/06 | |
| Brown Field Station Operational Plan (2002) | DHS00042 | DHS00157 | " | 10/13/06 | |
| Brown Field Station Operational Plan (2003) | DHS00158 | DHS00284 | " | 10/13/06 | |
| Brown Field Station Operational Plan (2004) | DHS00285 | DHS00387 | " | 10/13/06 | |
| Chula Vista Station Operational Plan (2004) | DHS00388 | DHS00480 | " | 10/13/06 | |

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| On Duty Records (FY1994) | DHS00481 | DHS00584 | “ | 10/13/06 | |
| On Duty Reports (FY1995) | DHS00585 | DHS00688 | “ | 10/13/06 | |
| On Duty Reports (FY1996) | DHS00689 | DHS00789 | “ | 10/13/06 | |
| On Duty Reports (FY1997) | DHS00790 | DHS00853 | “ | 10/13/06 | |
| On Duty Reports (FY1998) | DHS00854 | DHS00949 | “ | 10/13/06 | |
| On Duty Reports (FY1999) | DHS00950 | DHS01048 | “ | 10/13/06 | |
| On Duty Reports (FY2000) | DHS01049 | DHS01150 | “ | 10/13/06 | |

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| On Duty Reports (FY2001) | DHS01151 | DHS01250 | " | 10/13/06 | |
| On Duty Reports (FY2002) | DHS01251 | DHS01356 | " | 10/13/06 | |
| On Duty Reports (FY2003) | DHS01357 | DHS01460 | " | 10/13/06 | |
| On Duty Reports (FY2004) | DHS01461 | DHS01564 | " | 10/13/06 | |
| On Duty Reports (FY2005) | DHS01565 | DHS01668 | " | 10/13/06 | |
| On Duty Reports (FY2006) | DHS01669 | DHS01746 | " | 10/13/06 | |
| Spartan Technology, Inc. User Reference Manual for Processor/Transmitter (Model 4411-PT) | DHS01747 | DHS1751 | " | 10/13/06 | |

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| San Diego 14-Mile Border Infrastructure System Phase II Estimated Construction and Duration (with attachments) | DHS01752 | DHS01786 | " | 10/13/06 | |
| Sensor Records, Including Maps and Spreadsheets Detailing the Location of the Sensors | DHS01787 | DHS01812 | Sensors | | Withheld; summary provided |
| Portable Light File from Brown Field | DHS01813 | DHS01907 | Lights | 12/18/06 | |
| Government Vehicle Work Orders Broken Down by Fleet Number (Form G-873) | DHS01908 | DHS12138 | Lights | 12/18/06 | |
| Information from CBP on Legal Right to Enter Private Property Adjacent to the U.S. International Border | DHS12139 | DHS12144 | Rights to Enter (RPD Nos. 6, 7) | 12/29/06 | |
| 2003, Law Bulletin for San Diego Border Patrol Agents | DHS12145 | DHS12156 | Rights to Enter (RPD Nos. 6, 7) | 12/29/06 | |
| Memo from CBP to all Chief Patrol Agents re Release of Revised Border Patrol Handbook Dated march 5, 2004 and Attaching excerpts from Handbook and other Operational Instructions | DHS12157 | DHS12169 | Rights to Enter (RPD Nos. 6, 7) | 12/29/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| U.S. Border Patrol, San Diego Sector, Linewatch Operations, January 2000 | DHS12170 | DHS12173 | Rights to Enter (RPD Nos. 6, 7) | 12/29/06 | |
| Continued BP Operational Instructions re Access to Private Property | DHS12174 | DHS12178 | Rights to Enter (RPD Nos. 6, 7) | 12/29/06 | |
| Duplicative Pages Removed | DHS12179 | DHS12225 | | N/A | |
| Daily Group Assignment Log (Form G-481) | DHS12226 | DHS17885 | BP Operations | | Withheld; providing written explanation |
| Diagram Showing the Standard BIS Design | DHS17886 | DHS17887 | Fence Const. | 12/18/06 | |
| Letter Identifying Every Employee Who Knows or Knew of Any Structure on the Subject Property | DHS17888 | DHS17889 | Hut/Tent | 12/18/06 | |
| Memorandum Describing the Tent Raised on the Subject Property | DHS17890 | DHS17891 | Hut/Tent | 12/18/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Various Correspondence | DHS17892 | DHS17930 | | 12/18/06 | |
| Various Correspondence and Complaints Received by the BP from Property Owners Adjacent to the Primary and Secondary Fence | DHS17931 | DHS17984 | Ppty Owner Complaints | 12/18/06 | |
| Border Patrol Handbook, Mission Statement (Pre-9/11) | DHS17985 | DHS18015 | Training, Rights to Enter | 12/18/06 | |
| SDC Right of Way, Right of Entry Permits | DHS18016 | DHS18320 | Rights to Enter | 12/29/06 | |
| Letter to DOJ from CBP Attaching Documents | DHS18321 | DHS18321 | | 12/18/06 | |
| Interrogatory No. 9 Cover Sheet | DHS18322 | DHS18322 | | 12/18/06 | |
| Meeting on Otay Mesa/Otay Mountain Access (3/20/2002) | DHS18323 | DHS18324 | OTT | 12/18/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Letter to Greg Hill from Gary Triphen about Alta Road | DHS18325 | DHS18325 | OTT | 12/18/06 | |
| Border Patrol Handbook (4/1/85) | DHS18326 | DHS18832 | Training, Rights to Enter | | Produced Pursuant to Protective Order |
| Border Patrol Academy IGB Statutory Authority Course (Instructor Guide) | DHS18833 | DHS18864 | Training, Rights to Enter | 12/18/06 | |
| Various Training Materials | DHS18865 | DHS19135 | Training, Rights to Enter | 12/18/06 | |
| Letter from CBP to DOJ attaching documents received from BLM | DHS19136 | DHS19136 | OTT | 12/29/06 | |
| Three BLM Maps | DHS19137 | DHS19140 | OTT | 12/29/06 | |
| Memo from CBP re attached documents from BLM | DHS19141 | DHS19141 | OTT | 12/29/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Meeting notes re Otay mountain access | DHS19142 | DHS19144 | OTT | 12/29/06 | |
| Memo re recording of easement | DHS19145 | DHS19147 | OTT | 12/29/06 | |
| Maps and serial register pages | DHS19148 | DHS19151A | OTT | 12/29/06 | |
| Chart of Fence Construction Dates | DHS19152 | DHS19153 | Fence Construction and Operations | 12/29/06 | |
| Apprehension Maps (2004-06) | DHS19154 | DHS19156 | BP Operations | 12/29/06 | |
| Preliminary Constraints Map | DHS19157 | DHS19157 | Background | 12/29/06 | |
| Proposed New East Otay Mesa POE ("Study Area") | DHS19158 | DHS19159 | Background | 12/29/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Chart of leases, rights of way, etc. | DHS19160 | DHS19163 | Rights to Enter | 12/29/06 | |
| Cover Page re Scope Sites at or near De La Fuentes' Properties | DHS19164 | DHS19164 | BP Operations | 12/29/06 | |
| Memo re Scope Sites on De La Fuentes' Properties | DHS19165 | DHS19165 | BP Operations | 12/29/06 | |
| Cover Page re Load Vehicles on De La Fuentes' Properties | DHS19166 | DHS19166 | BP Operations | 12/29/06 | |
| Memo re Load Vehicles traversing De La Fuentes' Properties | DHS19167 | DHS19180 | BP Operations | 12/29/06 | |
| Lease for 20' x 2,665' land, Jose Luis Andrew | DHS19181 | DHS19205 | Rights to Enter | 12/29/06 | |
| CRS Report for Congress-Border Security: Barriers Along the U.S. International Border. (09/21/06) | DHS19206 | DHS19240 | Fence Construction and Operations | 12/29/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| CRS Report for Congress-Border Security: The Role of the U.S. Border Patrol. (01/25/06) | DHS19241 | DHS19280 | Fence Construction and Operations | 12/29/06 | |
| CRS Report for Congress-Border Security: Fences Along the U.S. International Border. (01/11/06) | DHS19281 | DHS19286 | Fence Construction and Operations | 12/29/06 | |
| CRS Report for Congress-Immigration Related Border Security Legislation in the 109th Congress. (12/09/05) | DHS19287 | DHS19306 | Fence Construction and Operations | 12/29/06 | |
| CRS Report for Congress-Border Security and the Southwest Border: Background, Legislation, and Issues. (09/28/05) | DHS19307 | DHS19375 | Fence Construction and Operations | 12/29/06 | |
| Various Government Accountability Office Reports | DHS19376 | DHS19586 | Fence Const & Operations | 12/29/06 | |
| Memo re: construction of ATV tent | DHS19587 | DHS19589 | Hut/Tent | 12/29/06 | |
| Maps, USGS Quads for Otay Mesa and Otay Mountain | DHS19590 | DHS19591 | Hut/Tent | 12/29/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Excerpts from Border Patrol Handbook (Responsive) | DHS19592 | DHS19707 | Training | | Produced Pursuant to Protective Order |
| Border Patrol Handbook | DHS19627 | DHS19871 | | | Deleted, Non Responsive |
| Officers' Handbook (M-68) | DHS19872 | DHS19886 | | | Non Responsive |
| Excerpts of The Law of Arrest, Search and Seizure Manual (Responsive) | DHS19887 | DHS19952 | | | Produced Pursuant to Protective Order |
| The Law of Search Manual Chapter IV | DHS19919 | DHS19931 | | | Deleted, Non Responsive |
| The Law of Search Manual: Insert Index | DHS19953 | DHS19954 | | | Deleted, Non Responsive |
| Cover Page re Duplicate Case File CA-25462 (2800) | DHS19955 | DHS19955 | OTT | 12/29/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Non Responsive Doc | DHS19956 | DHS19956 | | N/A | Deleted |
| Fax re BLM's files concerning the OTT | DHS19957 | DHS19959 | OTT | 12/29/06 | BLM File |
| Letter re attached file for OTT | DHS19960 | DHS19961 | OTT | 12/29/06 | BLM File |
| Chart of Serial Register Page (Handwritten note says: Easements Exchanged) | DHS19962 | DHS19965 | OTT | 12/29/06 | BLM File |
| Grant Deed (Easement for Otay Truck Trail) | DHS19966 | DHS19969 | OTT | 12/29/06 | BLM File |
| Legal description of 50 foot access easement to BLM property | DHS19970 | DHS19977 | OTT | 12/29/06 | BLM File |
| Fax re OTT easement | DHS19978 | DHS19978 | OTT | 12/29/06 | BLM File |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Various documents re OTT, including maps, land patent, right of way reservation by the United States, land report, feasibility report, and a land exchange report | DHS19979 | DHS20013 | OTT | 12/29/06 | BLM File |
| Email from Sofia Flood to Susan Cook and Kenneth Stegeby attaching Map of San Diego Sector showing locations relative to portable lights | DHS20014 | DHS20014 | Lights | 12/29/06 | BLM File |
| Map of San Diego Sector showing locations relative to portable lights (small) | DHS20015 | DHS20015 | Lights | 12/29/06 | BLM File |
| Map of San Diego Sector showing locations relative to portable lights (large) | DHS20016 | DHS20016 | Lights | 12/29/06 | |
| Aerial picture maps of distances between Primary and Secondary Fences | DHS20017 | DHS20019 | RFA No. 4; Fence Construction | 12/29/06 | |
| U.S. National Archives and Records Administration, General Records Schedules Introduction | DHS20020 | DHS20021 | Document Retention | 12/29/06 | |
| DHS Records Management Handbook, v. 2, January 2005 | DHS20022 | DHS20051 | Document Retention | 12/29/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| U.S. Customs Service, Records Control Handbook, January 2001 | DHS20052 | DHS20165 | Document Retention | 12/29/06 | |
| Cover Letter from CBP to DOJ dated 27 December 2006 re Administration Record in Sierra Club v. Ashcroft (NEPA Border Fence litigation) (11 CDs) | DHS20166 | DHS20168 | Fence Const. & Operation | 12/29/06 | |
| Cover Page and Fence Logs dated 1/4/2006 through 10/1/2003 (logs of repairs made to Primary and Secondary Fences) | DHS20169 | DHS20357 | Fence Const. & Operation | 12/29/06 | |
| Potential Additional Authority to Access Border Lands | DHS20358 | DHS20358 | Rights to Enter | 12/29/06 | |
| Memorandum of Understanding Between California State Military Department and U.S. Border Patrol, San Diego | DHS20359 | DHS20373 | Rights to Enter | 12/29/06 | |
| A Proclamation by the President of the United States, May 27, 1907 | DHS20374 | DHS20374 | Rights to Enter | 12/29/06 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| International Boundary Commission: Investigations Relating to the Establishment of a Federal Zone Along the International Boundary United States and Mexico | DHS20375 | DHS20469 | Rights to Enter | 12/29/06 | |
| Cover Letter attaching CD with electronic copies of: (1) August 1993 Final EA for the JTF-6 San Diego Area Lighting System Project; (2) August 1997 Final EA for Area Lighting, Fencing and Roadways, San Diego CA | DHS20470 | DHS20470 | Lights | 12/29/06 | |
| August 1993 Final EA for the JTF-6 San Diego Area Lighting System Project; | DHS20471 | DHS20648 | Lights | 12/29/06 | |
| August 1997 Final EA for Area Lighting, Fencing and Roadways at International Border, San Diego CA | DHS20649 | DHS20820 | Lights | 12/29/06 | |
| Chart re Sensors on the Subject Property (Compiled on December 28, 2006 by Susan Cook) | DHS20821 | DHS20821 | Sensors | 12/29/06 | Summary of LE Sensitive Docs |
| Zone 17 & 18 Apprehension Trend Analysis by Fiscal Year | DHS20822 | DHS20822 | BP Operations | 1/8/07 | |

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| Fiscal Year Apprehension Trend Analysis by Zone | DHS20823 | DHS20823 | BP Operations | 1/8/07 | |
| Zone Apprehension Trend Analysis by Fiscal Year | DHS20824 | DHS20824 | BP Operations | 1/8/07 | |
| Zone Apprehension Trend Analysis by Fiscal Year | DHS20825 | DHS20825 | BP Operations | 1/8/07 | |
| Chula Vista Border Patrol Station Apprehension Trend Analysis | DHS20826 | DHS20826 | BP Operations | 1/8/07 | |
| Aerial Photo Map Showing Fence Distances Adjacent to Parcels 1 & 3 | DHS20827 | DHS20827 | Fence Construction | 1/8/07 | |
| Aerial Photo Map Showing Place Names | DHS20828 | DHS20828 | BP Operations | 1/8/07 | |
| Memo: To William Tatu from Greg Terrones re: Encounter Concerning the De La Fuente Land | DHS20829 | DHS20830 | Landowner Complaints | 1/8/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Letter discussing phone conversation with David Wick on 06/13/2006 | DHS20831 | DHS20831 | Landowner Complaints | 1/8/07 | |
| Memo: To Joe Perez from Michael Diaz<br>re: Incident with Private Citizen | DHS20832 | DHS20833 | Complaints | 1/8/07 | |
| Memo: To Joseph Perez from Darren Kerns<br>re: Citizen Contact with David Wick | DHS20834 | DHS20834 | Complaints | 1/8/07 | |
| Letter discussing phone conversation with David Wick on 07/17/2006 | DHS20835 | DHS20835 | Complaints | 1/8/07 | |
| Letter to Darryl Griffen from David Wick<br>re: Private property located at Otay Mesa, California | DHS20836 | DHS20837 | Complaints | 1/8/07 | |
| Letter to David Wick from Darryl Griffen<br>re: Reply to Mr. Wick's letter dated 07/26/2006 | DHS20838 | DHS20839 | Complaints | 1/8/07 | |
| Letter to International Industrial Corporation from Darryl Griffen<br>re: attention to blocked access on Otay Mesa land | DHS20840 | DHS20841 | Complaints | 1/8/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Letter to Darryl Griffen from David Wick re: Private property located at Otay Mesa, California | DHS20842 | DHS20843 | Complaints | 1/8/07 | |
| E-mail to Susan Cook from Steven Kean re: contact at Keublers Ranch | DHS20844 | DHS20845 | Complaints | 1/8/07 | |
| Apprehension Chart for Brown Field Station (FY1992-FY2006) | DHS20846 | DHS20846 | | 1/23/07 | |
| Apprehension Chart for Chula Vista Station (FY1992-FY2006) | DHS20847 | DHS20847 | | 1/23/07 | |
| Border Zone 17 & 18 Apprehension Chart (FY1999-FY2006) (Updated version of DHS01760) | DHS20848 | DHS20848 | | 1/23/07 | |
| Email to Steven Kean, et al. From Joe Perez re: De La Fuente contact at Keublers Ranch | DHS20849 | DHS20850 | | 1/23/07 | |
| Memorandum in response to email for Joe Perez from John Wallace re: Encounter with De La Fuente Employee | DHS20851 | DHS20852 | | 1/23/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Brown Field Fence Repair Log (10/03-01/07) | DHS20853 | DHS21042 | | 1/23/07 | |
| Imperial Beach Fence Repair Log (01/03-01/07) | DHS21043 | DHS21276 | | 1/23/07 | |
| Chula Vista Fence Repair Log (09/03-01/07) | DHS21277 | DHS21448 | | 1/23/07 | |
| CRS Report for Congress "Border Security: Barriers Along the U.S. International Border" (12/12/2006) | DHS21449 | DHS21493 | | 1/23/07 | |
| CRS Report for Congress "Border Security: The Role of the U.S. Border Patrol" (05/10/2005) | DHS21494 | DHS21532 | | 1/23/07 | |
| Cover Letter to Susan Cook from Melissa Erny re: Otay Mesa Documents Responsive to Discovery Request (01/16/2007) | DHS21533 | DHS21534 | | 1/23/07 | |
| Border Patrol Strategic Plan 1994 and Beyond | DHS21535 | DHS21551 | RFA 10 | 1/23/07 | |

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| News Release from the U.S. Border Patrol "Operation Gatekeeper Marks Fifth Month" (03/01/2005 | DHS21552 | DHS21553 | Interrogatory No. 11 | 1/23/07 | |
| News Release from the U.S. Border Patrol "INS Launches Next Phase of Operation Gatekeeper" (10/07/1997) | DHS21554 | DHS21557 | Interrogatory No. 11 | 1/23/07 | |
| Progress Report- 1996 Southwest Border Enforcement (05/28/1996) | DHS21558 | DHS21564 | Interrogatory Nos. 3 & 11 | 1/23/07 | |
| Backgrounder- The INS: Building a Comprehensive Southwest Border Enforcement Strategy (03/1996) | DHS21565 | DHS21576 | Interrogatory No. 11 | 1/23/07 | |
| Letter to Doris Meissner from Duncan Hunter re: Reiterated Request for Additional Manpower, Infrastructure and Equipment | DHS21577 | DHS21578 | Interrogatory No. 12 | 1/23/07 | |
| Letter to General Russell Davis from Duncan Hunter re: Request for additional $3.0 Million for Border Fencing Operations | DHS21579 | DHS21579 | Interrogatory No. 12 | 1/23/07 | |
| Letter to Ted Kundat from Michael Bennett re: BLM CA-23043 Files (3 Attached Files) | DHS21580 | DHS21581 | OTT | 1/23/07 | BLM Files |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Volume I: Greg Hill's Info File | DHS21582 | DHS21665 | OTT | 1/23/07 | BLM Files |
| Volume II: Exchange Case File CA-23043 1985-1989 Correspondence & Appraisal File | DHS21666 | DHS21852 | OTT | 1/23/07 | BLM Files |
| Volume III: Exchange Case File CA-23043 1989-1998 Correspondence | DHS21853 | DHS21994 | OTT | 1/23/07 | BLM Files |
| S.D. Sector Project Delivery Team Meeting Minutes Imperial Beach Station August 16, 2006 | DHS21995 | DHS22001 | Fence Construction | 1/23/07 | |
| S.D. Sector Project Delivery Team Meeting Minutes Imperial Beach Station September 13, 2006 | DHS22002 | DHS22007 | Fence Construction | 1/23/07 | |
| S.D. Sector Project Delivery Team Meeting Minutes Imperial Beach Station October 18, 2006 | DHS22008 | DHS22012 | Fence Construction | 1/23/07 | |
| S.D. Sector Project Delivery Team Meeting Minutes Imperial Beach Station November 15, 2006 | DHS22013 | DHS22016 | Fence Construction | 1/23/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| S.D. Sector Project Delivery Team Meeting Minutes Imperial Beach Station December 13, 2006 | DHS22017 | DHS22021 | Fence Construction | 1/23/07 | |
| Map of Tract 702 Acquisition Fence Future Condemnation from Corps | DHS22022 | DHS22022 | Future Condemnation | 1/23/07 | |
| Legal Description of Tract 702 Future Condemnation San Diego Border Fence (08/2004) | DHS22023 | DHS22023 | Future Condemnation | 1/23/07 | |
| DHS Direct Lease, Agreement, Permit, Easement, MOU and MOA Report as of 01/19/07 | DHS22024 | DHS22038 | Leases and Rights of Entry | 1/23/07 | |
| Compstat PowerPoint Presentations (11/05-11/06) | DHS22039 | DHS22426 | Apprehensions Border Patrol Operations | 1/23/07 | |
| CBP Document Transmittal Letter enclosing various documents, dated 1/24/07 | DHS22427 | DHS22427 | Fence Const. | 1/30/07 | |
| Calif. Regional Water Quality Control Board, action on request for CWA section 401 water quality certification, BC-3 | DHS22428 | DHS22435 | Fence Const. | 1/30/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Calif. Regional Water Quality Control Board, action on request for CWA Section 401 water quality certification, BC-4 | DHS22436 | DHS22440 | Fence Const. | 1/30/07 | |
| Working Team Meeting, Border Infrastructure, San Diego Sector, Minutes for 4/28/04 | DHS22441 | DHS22449 | Fence Const. | 1/30/07 | |
| Working Team Meeting, Border Infrastructure, San Diego Sector, Minutes for 5/26/04 | DHS22450 | DHS22457 | Fence Const. | 1/30/07 | |
| Working Team Conf. Call, Border Infrastructure, San Diego Sector, Minutes for 6/9/04 | DHS22458 | DHS22462 | Fence Const. | 1/30/07 | |
| San Diego Sector Border Infrastructure System, Project Delivery Team Meeting, Teleconference, minutes for 7/14/04 | DHS22463 | DHS22466 | Fence. Const. | 1/30/07 | |
| Working Team Meeting, Border Infrastructure, San Diego sector, minutes for 7/28/04 | DHS22467 | DHS22472 | Fence Const. | 1/30/07 | |
| CBP document transmittal letter enclosing 3 CDs from CBP Congressional Affairs, dated 1/25/07 | DHS22473 | DHS22473 | Fence Const. | 1/30/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| docs re: threats to border patrol agents | DHS22474 | DHS22482 | RE: refusal to release 6-481's | 1/30/07 | |
| CBP document transmittal letter dated 1/22/07 | DHS22483 | DHS22484 | RE: refusal to release 6-481's | 1/30/07 | |
| Real Estate Briefing, Land Acquisition Plans, 19 May 2005, re: 14 mile BIS | DHS22485 | DHS22486 | Fence Const. | 1/30/07 | |
| DHS, CBP, FY 2006 Construction Congressional Justification | DHS22488 | DHS22511 | Fence Const. | 1/30/07 | |
| DHS, CBP, FY 2007 Construction Congressional Justification | DHS22512 | DHS22537 | Fence Const. | 1/30/07 | |
| Baker Engineering, 1999 Kleinfelder Geotechnical Report | DHS22538 | DHS22554 | Fence Const. | 1/30/07 | |
| Baker Engineering, 90% Submittal Construction Drawings | DHS22555 | DHS22624 | Fence Const. | 1/30/07 | |

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| CBP Construction Spending Plan, 11/16/05 | DHS22625 | DHS22649 | Fence Const. | 1/30/07 | |
| National Logistics Center, Laguna Niguel, WRO-92-3 lease file involving Roque De La Fuente (print of materials supplied by CD) | DHS22650 | DHS22883 | Fence Const. | 1/30/07 | |
| E-mail to Susan Cook from Melissa Erny re: Draft Right of Entry for Tract 401-1 (1/23/07) | DHS22884 | DHS22884 | | 02/02/07 | |
| Draft Right of Entry for Ranch Vista Del Mar Property (02/02/01) | DHS22885 | DHS22889 | | 02/02/07 | |
| Memo from Sue Fugitt re: Multi-Tier Fence Project, S.D. County, CA (03/29/99) | DHS22890 | DHS22899 | | 02/02/07 | |
| Memo from Donald Satz re: Declaration of Taking Assembly, INS, Muli-Tiered Fence Project | DHS22900 | DHS22901 | | 02/02/07 | |
| U.S. v. 17.69 Acres of Land Declaration of Taking filed 06/16/99. | DHS22902 | DHS22908 | | 02/02/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Letter to Thomas Reeve from Todd Roddy re: Declaration of Taking Assembly, Tract 703 (05/12/99) | DHS22909 | DHS22914 | | 02/02/07 | |
| Memo from Donald Satz re: PR&C #W81G6990822238 (10/22/01) | DHS22915 | DHS22915 | | 02/02/07 | |
| Memo from Ronald Timmermans re: Utility Relocation Contract (06/10/99) | DHS22916 | DHS22919 | | 02/02/07 | |
| Memo from Rebecca Griffith re: Southern CA Gas Company Correspondence (01/19/99) | DHS22920 | DHS22922 | | 02/02/07 | |
| Letter to Louie Gurule from Dennis Crownover re: Otay Mesa Pipeline Ext. Project (02/04/99) | DHS22923 | DHS22924 | | 02/02/07 | |
| Letter to Louie Gurule from Dennis Crownover re: Otay Mesa Pipeline Ext. Project (01/11/99) | DHS22925 | DHS22926 | | 02/02/07 | |
| Fax to Todd Roddy from Dennis Crownover re: Diagrams of Pipeline Ext. (06/08/99) | DHS22927 | DHS22929 | | 02/02/07 | |

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| Letter to Dennis Crownover from Donald Satz re: Otay Mesa Pipeline Project (02/17/99) | DHS22930 | DHS22930 | | 02/02/07 | |
| Letter to Todd Roddy from Joe Zulauf re: Easement Relocation Agreement (06/15/99) | DHS22931 | DHS22931 | | 02/02/07 | |
| Letter to Donald Satz from Dennis Crownover re: Otay Mesa Pipeline Project (03/29/99) | DHS22932 | DHS22932 | | 02/02/07 | |
| Quitclaim Deed Executed 10/19/99 | DHS22933 | DHS22935 | | 02/02/07 | |
| Corporate Quitclaim Deed Executed 10/20/99 | DHS22936 | DHS22940 | | 02/02/07 | |
| Agreement Between the U.S. Government and S.D. Gas & Electric (06/24/99) | DHS22941 | DHS22950 | | 02/02/07 | |
| Letter to Dennis Crownover from Donald Satz re: Otay Mesa Pipeline Project (01/20/99) | DHS22951 | DHS22952 | | 02/02/07 | |

| Document Description | Start Bates | End Bates | Discovery Request/ Topic | Prod. Date | Comments |
|---|---|---|---|---|---|
| Right of Entry for Construction (07/16/99) | DHS22953 | DHS22958 | | 02/02/07 | |
| Memo from Ronald Timmermans re: Utility Relocation Contract (06/10/99) | DHS22959 | DHS22960 | | 02/02/07 | |
| Letter to Mr. Wick from Donald Satz re: Condemnation of Tract 703, INS Fence Project | DHS22961 | DHS22961 | | 02/02/07 | |
| Letter to David Wick from Donald Satz re: Tract 703 (03/04/99) | DHS22962 | DHS22967 | | 02/02/07 | |
| Negotiator's Report Part I, Form 3423 (02/25/99) | DHS22968 | DHS22969 | | 02/02/07 | |
| Letter to David Wick from Donald Satz re: Tract 703 (02/19/99) | DHS22970 | DHS22971 | | 02/02/07 | |
| Fax Confirmation to Kevin Jackson from James Haynes (09/24/97) | DHS22972 | DHS22972 | | 02/02/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Letter to Hal Pollard from Larry Kelly re: Executed Copy of a ROE DACA09-9-97-0004 (09/25/97) | DHS22973 | DHS22973 | | 02/02/07 | |
| Department of the Army Right of Entry for Tract 702 Executed 09/22/97 | DHS22974 | DHS22974 | | 02/02/07 | |
| Fax to James Haynes from Hal Pollard re: ROE, Tract No. 702 (09/23/97) | DHS22975 | DHS22976 | | 02/02/07 | |
| Duplicative Page Removed (same as DHS22975) | DHS22977 | DHS22977 | | N/A | |
| Memorandum for File INS Fence Project (09/18/97) | DHS22978 | DHS22978 | | 02/02/07 | |
| Letter to Joe Zulauf from Michael Howell re: Rancho Vista del Mar Fence Construction (06/02/98) | DHS22979 | DHS22979 | | 02/02/07 | |
| Admin. Determination/ Environmental Analysis Review and Approval (06/24/99) | DHS22980 | DHS22984 | | 02/02/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Statement of District Review Appraiser of Tract 703 (03/04/99) | DHS22985 | DHS22989 | | 02/02/07 | |
| Memo from Donald Satz re: PR&C #W81G6990822238 (10/22/01) | DHS22990 | DHS22990 | | 02/02/07 | |
| Summary of Salient Facts and Conclusions (02/18/99) | DHS22991 | DHS23059 | | 02/02/07 | |
| Documents Pertaining to Lease No. SPD 25-85 | DHS23060 | DHS23084 | | 03/26/07 | |
| Three Records of Deportable/Inadmissible Alien Forms | DHS23085 | DHS23093 | | 03/26/07 | |
| Email from Kenneth Stegeby to Sasha Nel re: Supplemental Discovery (Attached 5 Updated Maps) (02/16/07) | DHS23095 | DHS23100 | | 03/26/07 | |
| Email from Al Lopez to Susan Cook re: Info from Army Corps (01/19/07) | DHS23101 | DHS23101 | | 03/26/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Weekly BIS Updates | DHS23102 | DHS23220 | | 03/26/07 | |
| Updated Chart of Sensors Located on the Subject Properties. | DHS23221 | DHS23221 | Sensors | 07/12/07 | |
| Memo dated 06/07/06 to William E. Tatu from Greg N. Terrones re: Encounter Concerning The De La Fuente Land and memo dated 06/07/06 to Darryl Griffen fr William E. Tatu re: Access to Otay Truck trail | DHS23222 | DHS23224 | IIP Prod. #5 | 10/02/07 | |
| Memo dated 01/08/07 to Michael J. Fisher fr William E. Tatu re: Request for Rights of Entry to Otay Truck Trail and Minnewawa Truck Trail | DHS23225 | DHS23226 | D&D Prod #6, IIP Prod. #7 | 10/02/07 | |
| Emails and Letters - (letter 1) dated July 6, 2007 to Janaye Byergo fr Oscar Pena and (letter 2) dated July 6, 2007 to Susan Wynn fr Oscar Pena | DHS23227 | DHS23233 | D&D Landholdings Production #1, #5, #6/ International Industrial Park Production #1, #6, #7 | 10/02/07 | |

| **Document Description** | **Start Bates** | **End Bates** | **Discovery Request/ Topic** | **Prod. Date** | **Comments** |
|---|---|---|---|---|---|
| Map (Otay Truck Trail) | DHS23234 | DHS23234 | | 10/02/07 | |
| Map (File No. MUP-02-09-06 - Preliminary Grading Plan) | DHS23235 | DHS23235 | | 10/02/07 | |
| Map (File No. MUP-01-12-04 - Major Use Permit 98-101, S02-026) | DHS23236 | DHS23236 | | 10/02/07 | |
| Record of Deportable/Inadmissible Alien (various) related to Kuebler Ranch | DHS23237 | DHS23244a | | 10/02/07 | |
| CRS Report for Congress Border Security: The San Diego Fence (Order Code RS22026) Updated June 25, 2007 | DHS23245 | DHS23250 | | 10/02/07 | |
| CRS Report for Congress Border Security: The Role of the U.S. Border Patrol - Updated January 25, 2006 (Order Code RL32562) | DHS23251 | DHS23290 | | 10/02/07 | |
| CRS Report for Congress Border Security: Barriers Along the U.S. International Border - Updated June 27, 2007 (Order Code RL33659) | DHS23291 | DHS23338 | | 10/02/07 | |

| CD or DVD Description | Disk No. | Discovery Request | Prod. Date | Comments |
|---|---|---|---|---|
| "Operation Gatekeeper" (PowerPoint) | D-1 | BP Operations | 12/18/06 | |
| House Congressional Hearing on "Operational Gatekeeper" | D-2 | BP Operations | 12/18/06 | |
| U.S. Border Patrol – "Building a Partnership: Farm and Ranch Etiquette | D-3 | Training, Rights to Enter | 12/29/06 | |
| Electronic copy of Administration Record in Sierra Club v. Ashcroft, Dist. Ct. S.D. Cal. 04-CV-0272 (NEPA Border Fence litigation) (11 disks) | D-4 to D-14 | Fence Const. & Operation; Background | 12/29/06 | |
| Aerial Photos, Operational Plans, Misc. Photos (incl historical aerial photos), & other Responsive Info | D-15 | Deft. Initial Disclosure | 10/13/06 | |
| Enclosures from Litigation Report (charts, maps, graphs, staffing information & photos) | D-16 | Deft. Initial Disclosure | 10/13/06 | |
| DHS EIS For the Completion of the 14-Mile Border Infrastructure System (January 2007) | D-17 | | 01/24/07 | |

| CD or DVD Description | Disk No. | Discovery Request | Prod. Date | Comments |
|---|---|---|---|---|
| Storm water pollution prevention plan (SWPPP) for BP roads in Border Field State Park, Smuggler's Gulch & Tin Can Hill, Baker Engineering, 1/13/06 | D-18 | Fence Const. | 1/30/07 | |
| CBP office of Congressional Affairs (disk 1 of 3) | D-19 | Fence Const. BP operations | 1/30/07 | |
| CBP Office of Congressional Affairs (disk 2 of 3) | D-20 | Fence Const. BP operations | 1/30/07 | |
| CBP Office of Congressional Affairs (disk 3 of 3) | D-21 | Fence Const. BP operations | 1/30/07 | |
| Interrogatory #6 | D-22 | Training | | Produced Pursuant to Protective Order |
| Interrogatory #7 | D-23 | Training | | Produced Pursuant to Protective Order |
| Title Reports for Parcels 1-11, by Stewart Title of California. | D-24 | | 07/12/07 | |
| De La Fuente Land, Otay Truck Trail (06/07/2006) Gate Photos | D-25 | | 10/02/07 | Re Access to Otay Truck Trail |

366508.1