

D&D LANDHOLDINGS
0.5 Miles
INTERNATIONAL INDUSTRIAL PARK INC
INTERNATIONAL INDUSTRIAL PARK INC
INTERNATIONAL INDUSTRIAL PARK INC
NEW GATE
PRIMARY ROUTES
NEW GATE
RANCHO VISTA DEL MAR
5440 MOREHOUSE DR #4000
Otay Truck Trail
KYDDLF&RDLFGFT NO 1 LLC
5440 MOREHOUSE DR #4000
ENVIRONMENTAL TRUST INC
880 S OAK PARK RD #101
1445
INTERNATIONAL INDUSTRIAL PARK INC
5440 MOREHOUSE DR #4000
KYDDLF&RDLFG FT NO 1 LLC
C/O NATIONAL ENTERPRISES
ENVIRONMENTAL TRUST INC
880 S OAK PARK RD #101
ALTA
RANCHO VISTA DELMAR
5440 MOREHOUSE DR #4000
CALPINE CORP <LF> D&D LANDHOLDINGS
SBE ASSESSED
OTAY HILLS LLC
1508 W MISSION RD
D&D LANDHOLDINGS
5440 MOREHOUSE DR #4000
ALTERNATE ROUTES
OTAY HILLS L L C
1508 W MISSION RD
N
S
2
WITNESS: S. Lean
DATE: 2/20/07
Shelburne Sherr Court Reporters