# In the United States Court of Federal Claims

No. 06-877L
(Filed: January 3, 2008)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On December 21, 2007, defendant filed its Unopposed Motion for Leave of Court to File a Corrected Version of Exhibit D-1 and to File Exhibit D-25 to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment ("motion"). In its motion, defendant requests that the court permit it to file a corrected version of one exhibit, which contained a duplicate of a different exhibit by mistake, and to file a second exhibit, which was unintentionally skipped during the filing process. Defendant represents that plaintiff does not oppose its motion.

**Accordingly, defendant's motion is granted.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge