# In the United States Court of Federal Claims

No. 06-877 L
(Filed: January 10, 2008)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On December 21, 2007, defendant filed its Reply in Support of Its Motion to Dismiss or in the Alternative for Summary Judgment and accompanying twelve (12) exhibits. The Clerk of the Court noted that Exhibit D-47, entitled "Second Declaration of Daniel Ochoa" (docket #51-13), was not signed by the declarant. The court is unable to consider an unsigned declaration. **Accordingly, the court directs defendant to file a motion for leave to file a corrected Exhibit D-47, together with a properly executed declaration, no later than Wednesday, January 16, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge