**UNITED STATES COURT OF FEDERAL CLAIMS**

**(E-Filed: January 16, 2008)**

| | | |
|---|---|---|
| **D & D LANDHOLDINGS, a limited partnership,** | ) | |
| **Plaintiff,** | ) | **No. 06-877 L** |
| **v.** | ) | |
| **UNITED STATES,** | ) | **Hon. Margaret M. Sweeney** |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE CORRECTED EXHIBIT D-47 TO DEFENDANT'S REPLY ON ITS MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Defendant UNITED STATES respectfully moves this Court for leave of Court to file corrected Exhibit D-47 to its Reply on its Motion for Summary Judgment filed October 16, 2007, pursuant to this Court's Order of January 10, 2008. Plaintiff does not oppose this motion.

Defendant filed its Reply on its Motion to Dismiss Or In The Alternative For Summary Judgment on December 21, 2007. In the process of electronically filing the exhibits, an error occurred and the declarant's signature was inadvertently omitted from the exhibit when it was filed. Defendant now seeks leave to file a new electronic copy of Exhibit D-47 which contains the declarant's signature.

Counsel for Defendant has conferred with counsel for Plaintiff, who advises that Plaintiff has no objection to the granting of this motion.

Accordingly, Defendant respectfully requests that the Court grant this motion for leave to file corrected Exhibit D-47 to Defendant's Reply on its Motion to Dismiss or in the Alternative For Summary Judgment, filed December 21, 2007.

Dated: January 16, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorneys for Defendant

432070.1