UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| D&D LANDHOLDINGS, Plaintiff, | ) | No. 06-877 L |
| v. | ) | |
| UNITED STATES, Defendant. | ) | Hon. Margaret M. Sweeney |

**SECOND DECLARATION OF DANIEL OCHOA**

I, Daniel Ochoa, declare under penalty of perjury that the following is true and correct:

1. I am a United States Border Patrol Agent, detailed as an Acting Lead Border Patrol Agent over the Geospatial Intelligence and Systems Development Team at the Border Intelligence Center at San Diego Sector Border Patrol Headquarters. My primary duties include map making and geospatial analysis for our intelligence collection efforts. I have been actively involved with this process for four years.

2. The approximate distance between Parcel 10 and the International Border between the United States and the Republic of Mexico is .68 to .73 miles. I use ESRI (Earth Sciences and Resources Institute) ArcView mapping software, specifically ArcEditor 9.2. in order to determine distances. The distance from Parcel 10 to the International Border was determined by using the "distance locator" tool that is part of the ArcView software. The process involves activating the tool and tracing a straight line from one point to another in order to measure distance between the two points. In this case, I drew a line from the southern-most corners of

the parcel straight down to the International Border (see map attached as Exhibit D-11 to Defendant's Motion to Dismiss, or In the Alternative, for Summary Judgment).

3. I used the same process as described in the previous paragraph in order to determine the distance between the lower left or the southwest-most point of the parcel in question to Otay Mesa Port of Entry. The approximate distance between these two points is 1.64 miles.

4. At my direction, my co-worker, Agent William Willett, used the aforementioned ESRI ArcEditor 9.2 Software to create the three maps described as Ex. D-13(a)-(c). This was done by organizing geospatially correct data specific to the area in question and manipulating it within the program (Exhibits D-13(a)-(c)) and, therefore, each map is an accurate summary of information contained in the Border Patrol database known as Enforce.

5. I used the aforementioned ESRI ArcEditor 9.2 Software to create the "All Parcel-Map." This was done by organizing geospatially correct data specific to the area in question and manipulating it within the program (Exhibit D-1).

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

This 20th day of December, 2007.

DANIEL OCHOA