# In the United States Court of Federal Claims

No. 06-877 L
(Filed: January 18, 2008)

| | |
|---|---|
| D & D LANDHOLDINGS, a limited partnership, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On January 16, 2008, defendant filed, pursuant to the court's Order dated January 10, 2008, an Unopposed Motion for Leave of Court to File Corrected Exhibit D-47 to Defendant's Reply on Its Motion to Dismiss or in the Alternative for Summary Judgment ("motion"). In its motion, defendant states that an error occurred during filing of the exhibits accompanying its reply brief, thereby resulting in the omission of a declarant's signature in Exhibit D-47. Defendant seeks leave to file a corrected Exhibit D-47 and represents that plaintiff does not oppose its motion.

**Accordingly, defendant's motion is granted. The Clerk of the Court is directed to file defendant's corrected Exhibit D-47 by leave of the court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge