**UNITED STATES COURT OF FEDERAL CLAIMS**

*(E-Filed: January 23, 2008)*

| | | |
|---|---|---|
| **D & D LANDHOLDINGS,**<br>**a limited partnership,**<br><br>**Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | ) | **No. 06-877 L**<br><br>**Hon. Margaret M. Sweeney** |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Defendant United States of America respectfully moves this Court for leave to file under seal Defendant's Exhibit D-9 to its Motion to Dismiss or in the Alternative for Summary Judgment, filed October 17, 2007. Exhibit D-9 is a 1993 report from the Sandia National Laboratories that contains information cited in Defendant's opening memorandum.

In September 1991, the Office of National Drug Control Policy, through the Immigration and Naturalization Service, tasked Sandia with conducting an analysis of security along the United States' southwestern border with Mexico. That study, entitled "A Systematic Analysis of the Southwest Border," was completed in January 1993 and published as an "Official Use Only" document. This means that the document is for official government use only and is not a document available to the public. Dissemination of the report is restricted because it contains sensitive information that if released could jeopardize security measures and systems in place on

the international border between the United States and Mexico.

Counsel for Defendant has conferred with counsel for Plaintiff, who advises that Plaintiff has no objection to the filing of this document under seal.

Accordingly, Defendant respectfully requests that the Court grant this Motion for Leave to File Document Under Seal.

Dated: January 23, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook

SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorneys for Defendant