**UNITED STATES COURT OF FEDERAL CLAIMS**

*(E-Filed: January 22, 2008)*

| | | |
|---|---|---|
| **D & D LANDHOLDINGS, a limited partnership,** | ) | |
| **Plaintiff,** | ) | **No. 06-877 L** |
| **v.** | ) | |
| **UNITED STATES,** | ) | **Hon. Margaret M. Sweeney** |
| **Defendant.** | ) | |

**[PROPOSED]**
**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Defendant UNITED STATES has filed an unopposed motion for leave of Court to file under seal Exhibit D-9 (Sandia National Laboratories, "A Systematic Analysis of the Southwest Border," January 1993) to Defendant's recently-filed Motion to Dismiss or in the Alternative for Summary Judgment (Doc # 24). In response, the Court has determined that the filing of Defendant's Exhibit D-9 under seal is proper and HEREBY ORDERS that such document may be filed under seal.

Because of the confidential law enforcement information contain in Exhibit D-9, the Court HEREBY ORDERS that distribution of the document shall be subject to the following restrictions:

1. The information contain in the document shall be used by the parties solely for the purposes of this litigation and shall not be communicated in any form except as provided in this Order.

2. The following persons are entitled to view the document in its entirety:

a. The legal counsel and individual plaintiffs who are directly involved in this litigation including Roque de la Fuente and David Wick;

b. Paralegal, clerical, and administrative support personnel assisting counsel in this litigation;

c. U.S. Court of Federal Claims personnel;

d. U.S. Department of Justice, Environment and Natural Resources Division personnel;

e. Other Department of Justice personnel, as necessary, for purposes of settlement and appeal; and

f. Employees of the U.S. Department of Homeland Security assigned to work on this matter.

2. When this document is filed, served, or provided as a courtesy copy:

a. It shall be placed in a sealed parcel and the legend **"MATERIAL UNDER SEAL ENCLOSED"** shall be conspicuously placed on the outside of the parcel, and

b. The Title page of the document shall be clearly marked **PROTECTED/CONFIDENTIAL MATERIAL**.

3. The Clerk of the Court shall maintain this document under seal.

4. Each person covered by this Provisional Protective Order shall take all necessary precautions to prevent disclosure of Protected Information, including but not limited to physically securing, safeguarding and restricting access to the protected information. **The confidentiality of information learned pursuant to this Provisional Protective Order shall be maintained until the Court provides otherwise.**

6. This Provisional Protective Order does not waive any objection or claim of privilege.

**IT IS SO ORDERED.**

________________________________
Judge THOMAS C. WHEELER

433034.1