# In the United States Court of Federal Claims

No. 06-877 L
(Filed: January 24, 2008)

***********************************
D & D LANDHOLDINGS, *
a limited partnership, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On January 23, 2008, defendant filed its Unopposed Motion for Leave to File Document Under Seal ("motion"). In its motion, defendant seeks leave of the court to file under seal Exhibit D-9, a January 1993 Sandia National Laboratories study entitled "A Systematic Analysis of the Southwest Border" ("document"). Defendant previously indicated its desire to file this document under seal when it filed its Motion to Dismiss or in the Alternative for Summary Judgment. Defendant represents that this document was published as an "Official Use Only" document and that it contains sensitive information that, if released to the public, could jeopardize security measures and systems in place along the border between the United States and Mexico. Defendant states that plaintiff has no objection to the filing of this document under seal.

**Accordingly, the court GRANTS defendant's motion. Defendant shall file its Exhibit D-9 under seal no later than Friday, February 1, 2008. Distribution of this document shall be subject to the restrictions set forth in the following Provisional Protective Order:**

1. The information contained in the document shall be used by the parties solely for the purposes of this litigation and shall not be communicated in any form except as provided in this Order.

2. The following persons are entitled to view the document in its entirety:

   a. The legal counsel and individual plaintiffs who are directly involved in this litigation including Roque de al Fuente and David Wick;

b. Paralegal, clerical, and administrative support personnel assisting counsel in this litigation;

c. U.S. Court of Federal Claims personnel;

d. U.S. Department of Justice, Environment and Natural Resources Division personnel;

e. Other Department of Justice personnel, as necessary, for purposes of settlement and appeal; and

f. Employees of the U.S. Department of Homeland Security assigned to work on this matter.

3. When this document is filed, served, or provided as a courtesy copy:

a. It shall be placed in a sealed parcel and the legend **"MATERIAL UNDER SEAL ENCLOSED"** shall be conspicuously placed on the outside of the parcel, and

b. The Title page of the document shall be clearly marked **PROTECTED/CONFIDENTIAL MATERIAL**.

4. The Clerk of the Court shall maintain this document under seal.

5. Each person covered by this Provisional Protective Order shall take all necessary precautions to prevent disclosure of Protected Information, including but not limited to physically securing, safeguarding and restricting access to the protected information. **The confidentiality of information learned pursuant to this Provisional Protective Order shall be maintained until the Court provides otherwise.**

6. This Provisional Protective Order does not waive any objection or claim of privilege.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge