**UNITED STATES COURT OF FEDERAL CLAIMS**

*(E-Filed: January 28, 2008)*

| | |
|---|---|
| **D & D LANDHOLDINGS,**<br>**a limited partnership,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 06-877 L**<br><br>**Hon. Margaret M. Sweeney** |

**DECLARATION OF MICHAEL D. HANCE**

I, MICHAEL D. HANCE, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. That I was employed by the Department of Homeland Security, Customs and Border Protection, Border Patrol, San Diego Sector, up until February 28, 2008, when I retired.

2. I began my career with the Border Patrol in April of 1985, working in the El Paso Sector, Texas. In 1988 I was transferred to the San Diego Sector, San Marcos station, located in North San Diego County.

3. In 1992, I was transferred to the Brown Field Station, also part of the San Diego Sector. From 1992 to 1999, my duties included patrolling the border area, and I patrolled those areas of the border from the Port of San Ysidro to the west, to Otay Mountain to the east of the subject property. My areas of patrol included Parcel 11, the property at issue in this litigation, as

depicted on Defendant's Exhibit D-1.

4. In 1999, I was detailed to the position of Assistant Officer in Charge for the San Diego Sector Office of Alien Detention and Removal.

5. In 2003, I was transferred to the Chula Vista Station, the station which then had operational responsibility for the area of the subject property.

6. During my long career with the Border Patrol, I have become very familiar with the property at issue in this litigation, Parcel 11, located in the Otay Mesa area of San Diego County.

7. In July of 2006, the Department of Justice requested that I obtain historical aerial photographs of the subject property. Accordingly, I visited the offices of Landiscor, Inc., in San Diego, to review their aerial image library. After reviewing the aerial photos available, and consulting with the Department of Justice, I selected representative aerial photographs for the years 1987, 1990, 1995, 1998, 2000 and 2006. These are the photographs which are described in the affidavit of Michael Connor, Vice President of Landiscor Aerial Information, Inc.

8. A copy of the government purchase order used to purchase the photos is Defendant's Exhibit D-50. The cost of the photos to the Department of Homeland Security was $2165; a copy of the payment receipt is Defendant's Exhibit D-51.

9. Landiscor furnished the images to the Department of Homeland Security as electronic files on a CD. I have reviewed those images, and confirmed that those are the images I selected from the Landiscor image library.

10. In addition, I have reviewed the photographic images for 1998, 2000 and 2006, and can state that each image accurately depicts the condition of the subject property at the time the

picture was taken based on my knowledge of the subject property.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed ths 28th day of January, 2008.

MICHAEL D. HANCE

434166.1