Case Reference: D & D Land Holdings
vs. United States

**AFFIDAVIT**

THE STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

BEFORE ME, the undersigned Affiant personally appeared, who, by me duly sworn on oath, stated as follows:

1. My name is Michael Conner. I am of sound mind, capable of making this affidavit, personally acquainted with the following facts, and am authorized to make this affidavit.

2. I am the Vice President of Landiscor Aerial Information, Inc. ("Landiscor"). Landiscor has been in the business of making and keeping photographic images of land.

3. The digital photographic images depicted on Exhibit A (the "Images") were taken and processed by an employee or representative of Landiscor, or a vendor customarily relied on by Landiscor, on or about

**NEG/REEL CVSD87-18I Photo Date 1/27/1987**
**NEG/REEL CVSD90-18I Photo Date 6/2/1990**
**NEG/REEL CVSD95-18I Photo Date 2/19/1995**
**NEG/REEL CVSD98-1352 Photo Date 3/07/1998**
**NEG/REEL CVSD00-1352 Photo Date 1/04/2000**
**NEG/REEL SDDS Photo Date 1/2006,**

**and depict land in San Diego, CA.**

4. The Images are kept by Landiscor in the regular course of business, and it was the regular course of business of Landiscor for an employee, representative, or vendor customarily relied on by Landiscor, with knowledge of the contents of the digital photographic images to make or to transmit the Images.

5. In my opinion, the Images fairly represent a portion of the digital photographic images Landiscor maintains.

6. Any representations concerning the Images are given for the express purpose of determining admissibility of the Images into evidence in the above-referenced case. Landiscor does not attest to the locations, scale and identity of the objects depicted on the Exhibit. NEITHER THE UNDERSIGNED NOR LANDISCOR MAKES ANY OTHER REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, AND ANY SUCH REPRESENTATIONS OR WARRANTIES ARE EXPRESSLY DISCLAIMED.

______________________________
Affiant

SWORN TO AND SUBSCRIBED before me on January 24, 2008.

Carina M. Koshinski
NOTARY PUBLIC -- ARIZONA
MARICOPA COUNTY
My Commission Expires
September 22, 2010

______________________________
Notary Public, State of Arizona

# EXHIBIT A

## IMAGES

JUL-25-2006 12:57 P.02

**Landiscor** AERIAL INFORMATION

☐ PHX / TUC ☐ DAL / FT W ☐ LAS VEGAS ☐ AUSTIN ☒ SAN DIEGO ◯ ENTER ONLY
☐ DENVER ☐ HOUSTON ☐ SALT LAKE CITY ☐ ORANGE COUNTY ◯ DELAY INVOICING ◯ INVOICE ONLY

ACCOUNT NO. 21-1431
ORDER NO. 16842

| | |
|---|---|
| TO | U.S. Dept. of Homeland Security |
| ADDRESS | 7684 Pogo Row |
| CITY/STATE/ZIP | San Diego, CA 92154 |
| EMAIL ADDRESS | michael.hance@dhs.gov |

SALESPERSON: 6 — RUSH %: X

| DATE ORDERED | JOB DUE DATE | P.O. NUMBER/JOB REF. |
|---|---|---|
| 7-25-06 | 8-9-06 | |

TELEPHONE NUMBER: 619-690-7730 FAX NUMBER: 619-690-7783
ORDERED BY: Michael Hance

☒ SHIP TO ORIGINAL OFFICE
☐ SHIP TO CLIENT
☐ CALL WHEN READY
☐ UPS OVERNIGHT
☐ UPS GROUND
☐ UPS 2ND DAY
☐ FEDEX OVERNIGHT
☐ COURIER
☐ SALES PERSON DELIVERY
CUSTOMER ACCT. #

COMPANY / ATTN / ADDRESS / CITY/STATE/ZIP: SD Office

☐ MC ☒ VISA ☐ AMEX EXPIRATION DATE 01/07
NO. [redacted] 5471
APPROVAL NO. 076904
FULL NAME James R. Horn

| (A) B&W MYLAR / COLOR LASER | (B) B&W MYLAR / COLOR LASER | (C) B&W MYLAR / COLOR LASER | (D) B&W MYLAR / COLOR LASER | (E) B&W MYLAR / COLOR LASER | (F) B&W MYLAR / COLOR LASER |
|---|---|---|---|---|---|
| QTY. 1 | QTY. 1 | QTY. 1 | QTY. 1 | QTY. 1 | QTY. 1 |
| SIZE <200MB | SIZE <200MB | SIZE <200 MB | SIZE <200 MB | SIZE <200MB | NEGATIVES / DATES |
| NEG. 187-18I DATE 1-27-87 | NEG. CVSD90-18I DATE 6-2-90 | NEG. CVSD95-18I DATE 2-19-95 | NEG. CVSD98-1552 DATE 3-7-98 | NEG. CVSD00-1352 DATE 1-9-00 | SODS Jan2006 |
| SCALE N/A SPECIAL Ortho | SCALE N/A SPECIAL Ortho | SCALE N/A SPECIAL Ortho | SCALE N/A SPECIAL Ortho | SCALE N/A SPECIAL Ortho | <12 sq miles |
| MOUNT | MOUNT | MOUNT | MOUNT | MOUNT | tif/tfw |
| GRAPHICS | GRAPHICS | GRAPHICS | GRAPHICS | GRAPHICS | |
| FRAME | FRAME | FRAME | FRAME | FRAME | |
| EDGE | EDGE | EDGE | EDGE | EDGE | SCALE 1: |

**DESCRIPTION AND PRICE**

| | | |
|---|---|---|
| esearch - 1 hour | 100 | — |
| 1 EMCDO (5) | 1855 | — |
| 1 VDEICDO (1) | 210 | — |
| | | |
| ub total | 2165 | — |
| ax Exempt | | |
| otal | 2165 | — |

**SPECIAL INSTRUCTIONS: LAB**

- Please Sign and Fax Back.

**GRAPHICS AND MOUNTING**

I have reviewed and accepted all information included on this order as written and cropped and agree to pay the costs as stated. I acknowledge that photography purchased from LANDISCOR is protected by copyright laws, and will not be used for reproduction in any manner without the expressed written consent of LANDISCOR.

X James R. Horn — SIGNATURE 7-25-06 — DATE

Jul. 25. 2006 4:55PM No. 5608 FILE COPY

| | |
|---|---|
| **REQUISITION – MATERIALS, SUPPLIES, EQUIPMENT** | REQUEST NUMBER: MAT060664 |
| BRF 269054 0 & M | DATE: 7/25/2006 |
| | FUNDING CODE: BP 340 RS HQ01-05-26 |

TO: Finance
2411 Boswell Rd
Chula Vista, CA 91914
ATTN: Alisa Rodriguez

Requestor's Name: Jim Horn
Phone Number: (619) 690-7738 ext.
PAIC/Supervisor's Signature: [signature]

| Stock Number | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|
| 143.3 | Aerial Photos | 5 | ea | $371.00 | $1,855.00 |
| 143.3 | Aerial Photos | 1 | ea | $210.00 | $210.00 |
| 143.3 | Aerial Photos | 1 | ea | $100.00 | $100.00 |
| | **PCD#** 2006-00021 | | | | |
| | **ENTRY LINE#** 019 | | | | |
| | **(Below created by Cardholder)** | | | | |
| | **POL#** 02553 | | | | |
| | **Date Entered:** 7/28/06 | | | | |

**JUSTIFICATION:** Required for Border Infrastructure info

**TOTAL:** $2,165.00

PAYMENT METHOD: Purchase Card ☑ Bulk Fuel ☐ Fleet ☐ Card Accepted: Yes ☑ No ☐
Purchase Order ☐ Cash ☐ Money Order ☐

OBP IT APPROVAL: OBP:
Date:

Note: AIS Approval is required for all computer-related hardware, software, and services acquired with the purchase card.

Requestor's Signature:
Requestor's Title: Maintenance Supervisor

CHECK ONE: Estimate ☐ Actual Cost ☑ Amendment ☐
F.O.B. Point: Destination ☑ Origin ☐ (Include shipping charge above)
Business Classification: Small ☑ OTS ☐ Disadvantaged ☐
CHECK ONE: Open Market ☑ Contract Number ☐

Note: If price is over $2,500, competition is required. This also applies to construction-related projects exceeding $2,000

VENDOR: Landiscor Aerial Information
ADDRESS: 9833 Pacific Heights Blvd. Suite A
San Diego Ca 92121
POC: Brent
Phone: (858) 455-0780 ext.
Tax ID:

Date Received: RECEIVED JUL 25 2006 [initials] Budget Section: Funds Available: OK: 7/25/06 [initials]

Accounting and Appropriation Data: 09504000 05129 HQ01 BP340 PROJ-000 OBJ: 2679

Approval Signature: Date:

Purchase Order Number: N/A Paid from Imprest Fund/Date Paid: N/A

Purchase Card Request Number: Purchase Card Obligation Number:

Cardholder: James R. Horn Signature: [signature]

Date: 7-25-06 #2006-00021-02553

Department of Homeland Security
Form G-514 (01/14/2004)

07/25/2006 15:36:55

Sale:

Transaction #: 2
Card Type: VISA
Acc: ************5471
Entry: Manual
Clrk #: 6
Total: 2165.00

Reference No.:
000000000000
Auth.Code: 076904
Response:APPROVAL 076904
Sequence Number: 0002
ZIP code matches,
address does not.

CUSTOMER COPY