FILE COPY

# REQUISITION – MATERIALS, SUPPLIES, EQUIPMENT

REQUEST NUMBER: MAT060664
DATE: 7/25/2006
FUNDING CODE: BP 340 RS HQ01-05-26

BRF 269054 O & M

TO: Finance
2411 Boswell Rd
Chula Vista, CA 91914
ATTN: Alisa Rodriguez

Requestor's Name: Jim Horn
Phone Number: (619) 690-7738 ext.
PAIC/Supervisor's Signature: [signature]

| Stock Number | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|
| 143.3 | Aerial Photos | 5 | ea | $371.00 | $1,855.00 |
| 143.3 | Aerial Photos | 1 | ea | $210.00 | $210.00 |
| 143.3 | Aerial Photos | 1 | ea | $100.00 | $100.00 |
| | PCD# 2006-00021 | | | | |
| | ENTRY LINE# 019 | | | | |
| | (Below created by Cardholder) | | | | |
| | POL# 02553 | | | | |
| | Date Entered: 7/28/06 | | | | |

JUSTIFICATION: Required for Border Infrastructure info

TOTAL: $2,165.00

PAYMENT METHOD: Purchase Card [x] Bulk Fuel [ ] Fleet [ ] Card Accepted: Yes [x] No [ ]
Purchase Order [ ] Cash [ ] Money Order [ ]

OBP IT APPROVAL: OBP:
Date:

Note: AIS Approval is required for all computer-related hardware, software, and services acquired with the purchase card.

Requestor's Signature

Requestor's Title: Maintenance Supervisor

CHECK ONE: Estimate [ ] Actual Cost [x] Amendment [ ]
F.O.B. Point: Destination [x] Origin [ ] (Include shipping charge above)
Business Classification: Small [x] OTS [ ] Disadvantaged [ ]
CHECK ONE: Open Market [x] Contract Number [ ]

Note: If price is over $2,500, competition is required. This also applies to construction-related projects exceeding $2,000.

VENDOR: Landiscor Aerial Information
ADDRESS: 9833 Pacific Heights Blvd. Suite A
San Diego Ca 92121

POC. Brent
Phone: (858) 455-0780 ext.
Tax ID:

Date Received: RECEIVED JUL 25 2006 [initials]
Budget Section: Funds Available: ON: 7/25/06 [initials]

Accounting and Appropriation Data. 09504000 05129 HQ01 BP340 PROJ–000 OBJ: 2679

Approval Signature:
Date:

Purchase Order Number: N/A
Paid from Imprest Fund/Date Paid. N/A

Purchase Card Request Number:
Purchase Card Obligation Number:

Cardholder: JAMES R. HORN
Signature: [signature] James R. Horn

Date. 7-25-06

#2006-00021-02553

Department of Homeland Security
Form G-514 (01/14/2004)

07/25/2006 [illegible]

**Sale:**

Transaction #: 2
Card Type: VISA
Acc: ************5471
Entry: Manual
Clrk # 6
Total: 2165.00

Reference No.:
000000000000
Auth.Code: 076904
Response: APPROVAL 076904
Sequence Number: 0002
ZIP code matches,
address does not.

CUSTOMER COPY

P.02

**Landiscor** AERIAL INFORMATION

☐ PHX / TUC ☐ DAL / FT. W ☐ LAS VEGAS ☐ AUSTIN ☒ SAN DIEGO ○ ENTER ONLY
☐ DENVER ☐ HOUSTON ☐ SALT LAKE CITY ☐ ORANGE COUNTY ○ DELAY INVOICING ○ INVOICE ONLY

| | | | | | |
|---|---|---|---|---|---|
| ...TO: U.S. Dept. of Homeland Security | SALESPERSON: 6 | DATE ORDERED: 7-25-06 | JOB DUE DATE: 8-9-06 | P.O. NUMBER/JOB REF.: | ACCOUNT NO. 21-7431 |
| ...RESS: 7684 Pogo Row | RUSH %: | TELEPHONE NUMBER: 619-690-7730 | FAX NUMBER: 619-690-7783 | | ORDER NO. 16842 |
| .../STATE/ZIP: San Diego, CA 92154 | X | ORDERED BY: Michael Hance | | | |
| ...IL ADDRESS: michael.hance@dhs.gov | | | | | |

COMPANY: ATTN:
ADDRESS: SD Office
CITY/STATE/ZIP:

☐ MC ☒ VISA ☐ AMEX EXPIRATION DATE: 01/07
NO. [redacted] 5471
APPROVAL NO. 076904
FULL NAME: James R. Horn

☒ SHIP TO ORIGINAL OFFICE
☐ SHIP TO CLIENT
☐ CALL WHEN READY
☐ UPS OVERNIGHT
☐ UPS GROUND
☐ UPS 2ND DAY
☐ FEDEX OVERNIGHT
☐ COURIER
☐ SALES PERSON DELIVERY
CUSTOMER ACCT. #

| (A) | (B) | (C) | (D) | (E) | (F) |
|---|---|---|---|---|---|
| B&W MYLAR / COLOR LASER; QTY. 1 | B&W MYLAR / (COLOR) LASER; QTY. 1 | B&W MYLAR / (COLOR) LASER; QTY. 1 | B&W MYLAR / (COLOR) LASER; QTY. 1 | B&W MYLAR / (COLOR) LASER; QTY. 1 | B&W MYLAR / (COLOR) LASER; QTY. 1 |
| <200MB | SIZE: <200MB | SIZE: <200MB | SIZE: <200MB | SIZE: <200MB | NEGATIVES / DATES |
| NEG. ...87-18I; DATE 1-27-87 | NEG. CVSD90-18I; DATE 6-2-90 | NEG. CVSD95-18I; DATE 2-19-95 | NEG. CVSD98-1352; DATE 3-7-78 | NEG. CVSD00-1352; DATE 1-4-00 | SODS Jan 2006 |
| SCALE N/A; SPECIAL Ortho | SCALE N/A; SPECIAL Ortho | SCALE N/A; SPECIAL Ortho | SCALE N/A; SPECIAL Ortho | SCALE N/A; SPECIAL Ortho | <12 sq miles |
| TYPE / QTY | TYPE / QTY | TYPE / QTY | TYPE / QTY | TYPE / QTY | tif/tfw |
| MOUNT | MOUNT | MOUNT | MOUNT | MOUNT | |
| GRAPHICS | GRAPHICS | GRAPHICS | GRAPHICS | GRAPHICS | |
| FRAME | FRAME | FRAME | FRAME | FRAME | SCALE 1: |
| EDGE | EDGE | EDGE | EDGE | EDGE | |

## DESCRIPTION AND PRICE

| | | |
|---|---|---|
| Research - 1 hour | 100 | — |
| 1 EMCDO (5) | 1855 | — |
| 1 VDEICDO (1) | 210 | — |
| | | |
| Sub total | 2165 | — |
| Tax Exempt | | |
| Total | 2165 | — |

## SPECIAL INSTRUCTIONS: LAB

- Please Sign and Fax Back.

## GRAPHICS AND MOUNTING

I have reviewed and accepted all information included on this order as written and cropped and agree to pay the costs as stated. I acknowledge that photography purchased from LANDISCOR is protected by copyright laws, and will not be used for reproduction in any manner without the expressed written consent of LANDISCOR.

X James R. Horn — SIGNATURE 7-25-06 — DATE

JUL-25-2006 12:57