CEIVED

2006 OCT 16 P 1:13

ANT CHIEF COUNSEL
NDIANAPOLIS



AERIAL FOTOBANK #21
9833 PACIFIC HTS BLVD
STE A
SAN DIEGO, CA 92121
(858) 455-0787

C O P Y
07/25/2006 15:36:53
**Sale:**

Transaction # 2
Card Type: VISA
Acc: ************5471
Entry: Manual
Clrk # 6
Total: 2165.00

Reference No.:
000000000000
Auth.Code: 076904
Response:APPROVAL 076904
Sequence Number: 0002
ZIP code matches,
address does not.

CUSTOMER COPY