# In the United States Court of Federal Claims

**06-877 C**

**Filed: February 1, 2008**

**D & D LANDHOLDINGS,**
**a limited partnership**

**v.**

**THE UNITED STATES**

**EXHIBIT D-9**
**(filed in CD Format and three separately bound paper volumes)**
**FILED UNDER SEAL**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.