**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| D & D LANDHOLDINGS, a Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | (No. 06-877 L)<br>Hon. Margaret M. Sweeney |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE PHOTOGRAPHS**

On January 9, 2008, Plaintiff, D & D Landholdings, filed a Motion to Strike certain aerial photographs, specifically Exhibits D-5(a) through D-5(f), D-36, and D-37, filed by Defendant in support of Defendant's pending Motion to Dismiss or in the Alternative for Summary Judgment on the ground that they had not been authenticated as required by Federal Rule of Evidence 901(a). Thereafter, on January 28, 2008, Defendant filed the affidavits of Michael D. Hance and Michael Conner, providing authentication of those photographs. Accordingly, in light of the evidentiary authentication which Defendant has now provided, Plaintiff hereby withdraws as moot its Motion to Strike Defendant's Exhibits for Lack of Authentication filed on January 9, 2008. Plaintiff has already provided informal notice of withdrawal of this motion to Defendant and the Court.

Respectfully submitted,

/s/ Roger J. Marzulla

Roger J. Marzulla
Gregory T. Jaeger
MARZULLA LAW
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: February 11, 2008

Counsel for Plaintiffs