# In the United States Court of Federal Claims

No. 06-877 L
(Filed: February 12, 2008)

| | |
|---|---|
| *********************************** | |
| D & D LANDHOLDINGS, | * |
| a limited partnership, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

On February 11, 2008, plaintiff filed a Notice of Withdrawal of Motion to Strike Photographs ("notice"). In its notice, plaintiff indicates that it filed a motion to strike certain aerial photographs ("motion") on January 9, 2008 (document #53). Subsequently, on January 28, 2008, defendant filed affidavits authenticating the photographs that are the subject of plaintiff's motion. Plaintiff indicates that its motion is now moot, and it has filed its notice after having provided informal notice of withdrawal of its motion to both defendant and the court.

Although plaintiff should have filed a motion to withdraw its motion, the court will construe plaintiff's notice as a motion to withdraw. **Accordingly, the court grants plaintiff's instant motion, and its motion to strike, document #53, is withdrawn.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge