IN THE UNITED STATES COURT OF FEDERAL CLAIMS

D & D LANDHOLDINGS, a limited Partnership,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 06-877 L
Hon. Margaret M. Sweeney
*(electronically filed 5-2-08)*

**JOINT MOTION TO CONSOLIDATE FOR TRIAL**

Under RCFC 40.1(b) and 42, Plaintiff, D&D Landholdings, and Defendant, United States, jointly move this Court to consolidate this case with the case of *International Industrial Park, Inc. v. United States,* No. 06-876, for trial of liability issues. As discussed in the accompanying memorandum in support, this motion should be granted because these cases involve common issues of law and fact, and consolidation will avoid unnecessary costs and delay, while promoting docket efficiency and the efficient administration of justice. Counsel for Plaintiff has conferred with counsel for Defendant, who has agreed that this motion may be submitted on behalf of both parties.

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760 (telephone)
(202) 822-6774 (facsimile)

Submitted: May 2, 2008

Counsel for Plaintiffs