IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D & D LANDHOLDINGS, a Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-877 L<br>Hon. Margaret M. Sweeney |

**JOINT STATUS REPORT**

In response to the Court's Order dated June 25, 2008, the parties respectfully submit this Joint Status Report. As contemplated by the June 25 Order, counsel for the parties have conferred and have found no material within the June 25, 2008 Sealed Opinion and Order that is deemed confidential or requires redaction.

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760 (telephone)
(202) 822-6774 (facsimile)

Submitted: June 30, 2008

Counsel for Plaintiffs