# In the United States Court of Federal Claims

**No. 06-877 L**
**Filed: July 1, 2008**

**D & D LANDHOLDINGS,**
**a limited partnership**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Thomas C. Wheeler**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

John S. Buckley
ACTING CLERK OF COURT