IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D & D LANDHOLDINGS, a Limited Partnership, Plaintiff, | |
| v. | No. 06-877 L<br>Hon. Margaret M. Sweeney |
| UNITED STATES, Defendant. | |

**MOTION TO FILE A CORRECTED EXHIBIT**

As required by this Court's request, attached is a corrected Exhibit entitled, Transcript of Legal Update #1, pages 1-5.

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA LAW
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)
Counsel for Plaintiff

Dated: August 22, 2008